# Exhibit A



**KROGER**

**MASTER**

**AGREEMENT**

**SEPTEMBER 18, 2022**

**THROUGH**

**SEPTEMBER 19, 2027**

Exhibit A

# Table of Contents

| | | |
|---|---|---|
| **Article 1** | **Scope of Agreement**…………….…………….………………………… | 1 |
| Section 1.1 | Negotiating Committees………………………………..…………..…… | 1 |
| Section 1.2 | Recognition of National Negotiating Committee/Local Unions……… | 1 |
| Section 1.3 | Bargaining Unit Acknowledged…………………………………………… | 1 |
| Section 1.4 | …………………………………………………………………………… | 1 |
| Section 1.41 | Superior Conditions………………………………………………………… | 1 |
| Section 1.5 | Successors & Assigns……………………………………………………… | 2 |
| **Article 2** | **Union Shop and Dues**...……………………………………………… | **2** |
| Section 2.1 | Union Shop…………………………………………………………………… | 2 |
| **Article 3** | **Probationary Employees**………………………………………............ | **4** |
| Section 3.1 | New Employees...………………………………………………………… | 4 |
| **Article 4** | **Progression Schedule**……………………………………………… | **4** |
| **Article 5** | **Holidays**...………………………………………………………… | **5** |
| **Article 6** | **Vacation**...…………………………………………………………… | **6** |
| **Article 7** | **Check-Off**...……………………………………………………… | **6** |
| Section 7.1 | Check-Off...………………………………………………………………… | 6 |
| Section 7.2 | Check-Off...………………………………………………………………… | 6 |
| Section 7.3 | D.R.I.V.E.…………………………………………………………………… | 7 |
| **Article 8** | **Stewards**...……………………………………………………… | **7** |
| Section 8.1 | Recognition of Stewards………………………………………………… | 7 |
| Section 8.2 | Authority of Stewards...…………………………………………………… | 7 |
| Section 8.3 | Rights of Stewards...……………………………………………………… | 7 |
| Section 8.4 | Pay for Time Spent...……………………………………………………… | 8 |
| Section 8.5 | Pay for Time Spent…………………………………………………………… | 8 |
| Section 8.6 | Limit to Stewards Authority…………………………………….…………… | 8 |
| Section 8.7 | Employer Recognition of Limitations/Waiver of Union Unauthorized Acts/Employer Rights | 8 |
| **Article 9** | **Absence**...……………………………………………………….…..…… | **8** |
| Section 9.1 | Time Off for Union Activities...…………………………………………… | 8 |
| Section 9.2 | Leave of Absence...……………………………………………………… | 9 |
| **Article 10** | **Seniority**...…………………………………………………………… | **9** |
| Section 10.1 | General...…………………………………………………………………… | 9 |
| Section 10.2 | Layoff/Recall...…………………………………………………………… | 10 |
| Section 10.3 | Posting...…………………………………………………………………… | 10 |
| Section 10.4 | Posting of Seniority List...……………………………………………… | 10 |
| Section 10.5 | Break in Service...………………………………………………………… | 10 |
| **Article 11** | **Other Agreements**...…………………………………………………… | **10** |
| **Article 12** | **Management Rights**……………………………………………………… | **11** |
| **Article 13** | **Disputes or Grievances**……………………………………………… | **11** |
| Section 13.1 | Grievance Procedure……………………………………………………… | 11 |
| Section 13.2 | Deadlocks/Arbitration……………………………………………………… | 12 |
| Section 13.3 | Arbitrator's Binding Decision……………………………………………… | 13 |
| Section 13.4 | Time Limits/Reduction to Writing...……………………………..……… | 13 |

**Article 14**      **Protection of Rights**..................................................................    **13**
Section 14.1      No Strike, No Lockout.................................................................    13
Section 14.2      Picket Line and Struck Goods....................................................    13
Section 14.3      Grievances....................................................................................    14
**Article 15**      **Discharge or Suspension**.........................................................    **14**
Section 15.1      Just Cause/Warning Notice........................................................    14
Section 15.2      Discharge.....................................................................................    14
Section 15.3      Reprimands/Discipline Notices...................................................    15
**Article 16**      **Loss or Damage**..........................................................................    **15**
**Article 17**      **Bonds**...........................................................................................    **15**
**Article 18**      **Examinations and Identification Fees**......................................    **16**
Section 18.1      Examinations................................................................................    16
Section 18.2      Examiners and Examination Standards.......................................    16
Section 18.3      Disagreements.............................................................................    16
Section 18.4      Identification.................................................................................    16
Section 18.5      Licensing Fees.............................................................................    16
**Article 19**      **Passengers**.................................................................................    **17**
**Article 20**      **Compensation Claims**................................................................    **17**
**Article 21**      **Military Clause**...........................................................................    **17**
**Article 22**      **Workplace Safety**........................................................................    **17**
Section 22.1      ......................................................................................................    17
Section 22.2      Defective Equipment....................................................................    18
Section 22.3      Accident Reports..........................................................................    18
Section 22.4      Defective Equipment Reports and Potential Safety Hazards.........    18
Section 22.5      Equipment Standards....................................................................    18
Section 22.6      Safety Committee.........................................................................    18
**Article 23**      **Other Work**..................................................................................    **19**
**Article 24**      **Posting of Notices**.....................................................................    **19**
**Article 25**      **Union Cooperation**.....................................................................    **19**
Section 25.1      Rules & Regulations.....................................................................    19
Section 25.2      Safety & Cleanliness....................................................................    19
Section 25.3      Inefficiencies................................................................................    19
Section 25.4      Operational Changes....................................................................    20
Section 25.5      Conservation.................................................................................    20
**Article 26**      **Union Activities**.........................................................................    **20**
**Article 27**      **Inspection Privileges**.................................................................    **20**
**Article 28**      **Wages, Hours and Working Conditions**.....................................    **20**
Section 28.1      Supplemental Standards...............................................................    20
Section 28.2      New Classifications/Equipment...................................................    21
**Article 29**      **Separability and Savings**...........................................................    **21**
**Article 30**      **Subcontracting**...........................................................................    **21**
Section 30.1      Subcontracting.............................................................................    21
Section 30.2      Change of Operations..................................................................    22
Section 30.3      Continuity of Employment............................................................    22
Section 30.4      Bakery & Dairy Transport.............................................................    23
Section 30.5      Resumption by the Employer of Subcontracted Operations...........    23

| | | |
|---|---|---|
| Section 30.6 | Transfer of Work Opportunities................................................. | 23 |
| **Article 31** | **Purchase of Equipment......................................................** | **24** |
| **Article 32** | **Jury Duty.............................................................................** | **24** |
| Section 32.1 | Jury Duty............................................................................. | 24 |
| Section 32.2 | Pay for Jury Duty................................................................. | 25 |
| **Article 33** | **Funeral Leave....................................................................** | **25** |
| Section 33.1 | Funeral Leave..................................................................... | 25 |
| Section 33.2 | Pay for Funeral Leave......................................................... | 25 |
| **Article 34** | **Severance Pay...................................................................** | **26** |
| Section 34.1 | Severance Pay.................................................................... | 26 |
| Section 34.2 | Ineligibility for Severance Pay............................................. | 26 |
| Section 34.3 | Ineligibility for Severance Pay............................................. | 26 |
| Section 34.4 | Elector of Severance Pay.................................................... | 26 |
| **Article 35** | **Moving Expenses...............................................................** | **27** |
| Section 35.1 | Moving Expenses................................................................ | 27 |
| Section 35.2 | Mileage Reimbursement...................................................... | 27 |
| Section 35.3 | Voluntary Redomiciling........................................................ | 27 |
| **Article 36** | **Pensions............................................................................** | **27** |
| **Article 37** | **Health Care........................................................................** | **28** |
| Section 37.1 | Health Benefits................................................................... | 28 |
| Section 37.2 | Dental Plan......................................................................... | 28 |
| Section 37.3 | Vision Insurance Plan......................................................... | 28 |
| Section 37.4 | Modification of Plan Design................................................. | 28 |
| Section 37.5 | Flexible Spending Amount................................................... | 29 |
| Section 37.6 | Retiree Health Care............................................................ | 29 |
| Section 37.7 | Early Retiree Health Care.................................................... | 30 |
| Section 37.8 | Life Insurance Amounts....................................................... | 30 |
| **Article 38** | **Local Agreements and Practices.....................................** | **30** |
| **Article 39** | **Mileage...............................................................................** | **31** |
| **Article 40** | **Drug Use............................................................................** | **31** |
| **Article 41** | **Termination.......................................................................** | **31** |
| Section 41.1 | Effective Dates................................................................... | 31 |
| Section 41.2 | Notice to Terminate or Modify.............................................. | 31 |
| **Appendix I** | **Teamsters Logos...............................................................** | **32** |
| **Appendix II** | **Drug Testing Policy...........................................................** | **32** |
| **Appendix III** | **Non-Discrimination...........................................................** | **32** |
| **LOU** | **Back Hauling......................................................................** | **33** |
| **LOU** | **Article 13.............................................................................** | **34** |
| **LOU** | **Local Union 89 ...................................................................** | **35** |
| **LOU** | **RE: Specialty Rx Alternative Funding.............................** | **36** |
| | **Signature Page.................................................................** | **37** |
| **Attachment 1** | **Medical...............................................................................** | **38** |
| **Attachment 2** | **Dental.................................................................................** | **39** |

Exhibit A

# ARTICLE 1
# SCOPE OF AGREEMENT

The Kroger Negotiating Committee representing The Kroger Co. (hereinafter referred to as the "Employer") and the Teamsters Kroger National Negotiating Committee representing Teamsters Local Union No.'s 135, 337, 795, 667, and 988 which Local Unions are affiliated with the International Brotherhood of Teamsters (hereinafter referred to as the "Union") agree to be bound by terms and conditions of the Agreement.

## Section 1.1 – Negotiating Committees

The Master Language portion of this Agreement is negotiated by The Kroger Negotiating Committee and the Teamsters Kroger National Negotiating Committee. The Kroger Negotiating Committee and the Teamsters Kroger National Negotiating Committee are collectively referred to as the "Negotiating Committees".

## Section 1.2 – Recognition of National Negotiating Committee/Local Unions

The Employer recognizes and acknowledges that the Teamsters Kroger National Negotiating Committee and Local Unions affiliated with the International Brotherhood of Teamsters are the exclusive representatives of all employees covered under this Agreement. This Agreement shall consist of two parts including a Master Agreement portion and a Local Supplement Agreement portion. The employees and Local Unions covered under this Master Agreement and the various Local Supplement Agreements thereto shall constitute one (1) bargaining unit.

## Section 1.3 – Bargaining Unit Acknowledged

The execution of this Agreement on the part of the Employer shall cover all employees in the classifications of work covered by the Local Supplements and any additional classifications that may be established within the Local Supplements during the life of this Agreement for the purposes of collective bargaining as provided by the National Labor Relations Act.

## Section 1.4

No Local Supplement Agreements subsequently negotiated after January 29, 2012 by the parties may change any Master Agreement language or the meaning thereof.

## Section 1.41 – Superior Conditions

Should the Master section contain superior conditions to the Local Agreement, then the Master will apply. Should the Local Supplement contain superior conditions to the

Exhibit A

Master, then the Local Supplement will apply. As of January 29, 2012, it is understood that the provisions of the Master Agreement in Article 5 and Article 6 shall not be superseded by any Local Supplement, except that which existed prior to the date of ratification.

### Section 1.5 – Successors & Assigns

This Agreement shall be binding not only upon the parties thereto, but upon their successors and assigns.

# ARTICLE 2
# UNION SHOP AND DUES

### Section 2.1 – Union Shop

(a)     All present employees who are members of the Union on the effective date of this Agreement shall remain members of the Union in good standing as a condition of employment. All present employees who are not members of the Union and all employees who are hired hereafter shall become and remain members of the Union in good standing as a condition of employment on and after the 31st day following the beginning of their employment or on and after the 31st day following the effective date of this Agreement, whichever is the later. Notwithstanding the above, an employee's only required action as a condition of employment is to tender an amount of money equal to the monthly dues and initiation fees and assessments necessary for the Union to perform its duties as the exclusive collective bargaining representative.

(b)     When the Employer needs additional employees, it shall give the Union equal opportunity with all other sources to provide suitable applicants, but the Employer shall not be required to hire those referred by the Union.

(c)     No provision of this Article shall apply to the extent that it may be prohibited by state law. If under applicable state law, additional requirements must be met before any such provision may become effective, such additional requirements shall first be met. If federal law makes such provision legal, then federal law shall apply.

If, during the life of the Agreement, state law prohibits a Union Shop, then the following Agency Clause shall apply to the extent permissible under the applicable state law:

1.     Membership in the Union is not compulsory. Employees have the right to join, not join, maintain or drop their membership in the Union as they see fit. Neither party

-2-

Exhibit A

shall exert any pressure on or discriminate against an employee regarding such matters.

2.  Membership in the Union is separate, apart and distinct from the assumption by one of his/her equal obligation to the extent that he/she receives equal benefits. The Union is required under this Agreement to represent all of the employees in the bargaining unit fairly and equally without regard as to whether or not an employee is a member of the Union. The terms of this Agreement have been made for all employees in the bargaining unit and not only for members in the Union, and this Agreement has been executed by the Employer after it has satisfied itself that the Union is the choice of a majority of the employees in the bargaining unit.

Accordingly, it is fair that each employee in the bargaining unit pays his/her own way and assumes his/her fair share of the obligation along with the grant of equal benefits contained in this Agreement.

3.  In accordance with the policy set forth under subparagraphs (1) and (2) of this section, all employees shall, as a condition of continued employment, pay to the Union, the employees' exclusive collective bargaining representative, an amount of money equal to that paid by employees in the bargaining unit who are members of the Union, which shall be limited to an amount of money equal to the Union's regular and usual initiation fees and its regular and usual dues. For existing employees, such payments shall commence thirty-one (31) days following the date of execution of this Agreement and for new employees, the payment shall start thirty-one (31) days following the date of employment.

4.  In consideration of the Employer entering into the above agency shop provision, the Union hereby agrees to indemnify the Employer and hold it harmless from any and all claims, liabilities, or costs to the Employer which arise out of entering into or enforcement of this agency shop provision.

(d) If any provision of this Article is invalid under the law of any state wherein this contract is executed, such provision shall be modified to comply with requirements of state law or shall be renegotiated for the purpose of adequate replacement. If such negotiations shall not result in mutually satisfactory Agreement, the Employer agrees to be bound by the Union's position if approved by a judge of competent jurisdiction.

(e) In those instances where subsection (a) hereof may not be validly applied, the Employer agrees to recommend to all employees that they become members of the Local Union and maintain such membership during the life of this Agreement, to refer new employees to the Local Union representative and to recommend to delinquent members that they pay their dues, since they are receiving the benefits of this contract. In the spirit of Labor Harmony between the Employer and Union,

-3-

Exhibit A

the employer agrees to distribute Union check-off applications during the new hire process. The Employer shall remit the Union check-off applications to a Union steward. The Union shall indemnify and hold the Employer harmless against any and all claims, demands, suits or other forms of liability that shall rise out of, or by reason of action taken by the collection of Union Check-off applications forms submitted to the Union by the Employer by way of the Union stewards.

(f) Nothing contained in this section shall be construed so as to require the Employer to violate any applicable law.

## ARTICLE 3
## PROBATIONARY EMPLOYEES

The following language will supersede all Local Supplements covered by the Master Agreement.

A new employee shall work under the provisions of the Agreement but shall be employed only on a trial period of ninety (90) calendar days, during which period he/she may be discharged at the discretion of the Employer, provided, however, that the Employer may not discharge or discipline for the purpose of evading this Agreement or discriminating against Union members. After ninety (90) calendar days, the employee shall be placed on the regular seniority list.

### Section 3.1 – New Employees

For employees placed on a regular seniority list after November 17, 1994 of this Master Agreement, the following provisions shall apply:

## ARTICLE 4
## PROGRESSION SCHEDULE

The following progression schedule shall be the minimal applicable progression. The parties shall have the right in supplemental agreements to negotiate shorter progressions for various jobs.

Effective the Sunday following ratification, the following progression schedule will apply:

| Hire Date | Rate |
|---|---|
| **New Hire** | **80%** |
| **After 6 Months of Employment** | **85%** |
| **After 12 Months of Employment** | **90%** |
| **After 18 Months of Employment** | **95%** |
| **After 24 Months of Employment** | **100%** |

Exhibit A

The Sunday following ratification, employees currently in progression shall be slotted into the above schedule, based on months previously worked in progression.

# ARTICLE 5
# HOLIDAYS

(a)  Employees placed on the regular seniority list, of this Master Agreement will receive holidays, including personal days, according to the following schedule:

> New Year's Day
> Memorial Day
> 4th of July
> Labor Day
> Thanksgiving Day
> Christmas Day
> One (1) Personal Holiday (Effective 1/1/18)
> One (1) Personal Holiday in recognition of MLK (Effective 1/1/2023)
> (total 8) (Effective 1/1/2023)

Three (3) or more years of service: above eight (8) holidays plus one (1) personal holiday (total 9).

With eight (8) or more years of service: above nine (9) holidays plus two (2)  additional personal holidays (total 11).

(b)  Employees on the regular seniority list prior to November 17, 1994 who receive more favorable conditions under the Supplemental Agreement shall continue to enjoy the provisions of such Agreement.

(c)  Employees placed on the regular seniority list prior to November 17, 1994 who receive less total holidays in their Supplemental Agreement than provided above shall immediately receive the holiday schedule set forth in Article 5 (a) of this Agreement.

(d)  Holiday administration will be administered in accordance with Local Agreements.

Exhibit A

# ARTICLE 6
# VACATIONS

(a)  Employees placed on the regular seniority list will receive vacation according to the following schedule:

| | | |
|---|---|---|
| 1 Year of continuous service | - | 1 week vacation |
| 2 Years of continuous service | - | 2 weeks vacation (Effective 1/1/12) |
| 8 Years of continuous service | - | 3 weeks vacation (Effective 1/1/16) |
| 15 Years of continuous service | - | 4 weeks vacation |
| 25 Years of continuous service | - | 5 weeks vacation (effective 1/1/2023) |

(b)  Employees placed on the regular seniority list prior to November 17, 1994 who receive more favorable conditions under the Supplement Agreement shall continue to enjoy the provisions of the Supplemental Agreement.

(c)  Employees placed on the regular seniority list prior to November 17, 1994 who receive less weeks of vacation in their Supplemental Agreement than provided above shall immediately receive vacation based on the schedule set forth in Article 6 (a).

(d)  Vacation administration will be administered in accordance with Local Agreements.

# ARTICLE 7
# CHECK-OFF

The Employer agrees to deduct from the pay of all employees covered by this Agreement all dues, initiation fees and/or uniform assessments and remit such deductions to the Local Union monthly, provided, however, that the Union presents to the Employer signed authorizations from the employees to cover such dues, initiation fees and assessments, or the amounts provided for under the provisions of Article 2, Section 2.1 (c) 3.

## Section 7.1 – Check-Off

Where an employee who is on check-off is not on the payroll during the week in which deduction is to be made or has no earnings or insufficient earnings during that week or is on leave of absence, the employee must make arrangements with the Local Union to pay such dues.

## Section 7.2 – Check-Off

The Local Unions shall submit to the company, on a monthly basis, all dues deductions that shall be deducted for the employees as reflected on the billings.  The Company shall

Exhibit A

deduct such amount requested on a weekly, bi-weekly, or monthly basis, (as mutually agreed upon with the Local) based upon the appropriate payroll period, as requested by the Local Union billing.

**Section 7.3 – D.R.I.V.E.**

The Employer agrees to deduct from the pay of employees the weekly deduction for D.R.I.V.E. provided the Union presents signed authorization for such deduction to the Employer.  No deduction shall be made which is prohibited by applicable law.

# ARTICLE 8
# STEWARDS

**Section 8.1 – Recognition of Stewards**

The Employer recognizes the right of the Union to designate job stewards and alternates from the Employer's seniority list.

**Section 8.2 – Authority of Stewards**

The authority of job stewards and alternates so designated by the Union shall be limited to and shall not exceed the following duties and activities:

1.  The investigation and presentation of grievances in accordance with the provisions of the Collective Bargaining Agreement.

2.  The collection of dues when authorized by appropriate Union action.

3.  The transmission of such messages and information which shall originate with and are authorized by the Union or its officers, provided such messages and information:

    (a)  Have been reduced to writing; or

    (b)  If not reduced to writing, are of routine nature and do not involve work stoppages, slowdowns, refusal to handle goods, or any other interference with the Employer's business.

**Section 8.3 – Rights of Stewards**

The job steward involved shall be permitted reasonable time to present and process grievances on the company property without loss of time or pay during his/her regular

Exhibit A

working hours, provided, however, the job steward involved shall not absent himself/herself from his/her place of work to visit other parts of the plant or warehouse without permission of the foreman or superintendent who will grant any reasonable request, provided it does not interfere with efficient operation.

## Section 8.4 – Pay for Time Spent

The job steward will not be paid for time spent presenting and processing grievances off the property or outside his/her regular work schedule unless mutually agreed to by the Employer and the Union.

## Section 8.5 – Pay for Time Spent

Such time spent and paid for in handling grievances during the steward's regular working hours shall be considered working hours in computing daily and/or weekly overtime if within the regular schedule of the steward.

## Section 8.6 – Limit to Stewards Authority

Job stewards and alternates have no authority to take strike action, or any other action interrupting the Employer's business, except as authorized by official action of the Union.

## Section 8.7 – Employer Recognition of Limitations/Waiver of Union Unauthorized Acts/Employer Rights

The Employer recognized these limitations upon the authority of job stewards and their alternates and shall not hold the Union liable for any unauthorized acts.  The Employer in so recognizing such limitations shall have the authority to impose proper discipline, including discharge, in the event the job steward has taken unauthorized strike action, slowdown or work stoppage in violation of the Agreement.

# ARTICLE 9
# ABSENCE

## Section 9.1 – Time Off for Union Activities

The Employer agrees to grant the necessary and reasonable time off, without discrimination or loss of seniority rights and without pay, to any employee designated by the Union to attend a labor convention or serve in any capacity on other official Union business, provided seven (7) calendar days written notice is given to the Employer by the Union specifying the length of time off.  The Union agrees that, in making its request for

Exhibit A

time off for Union activities, due consideration shall be given to the number of employees affected in order that there shall be no disruption of the Employer's operations due to lack of available employees.

## Section 9.2 – Leave of Absence

(a)  Any employee desiring a leave of absence from his/her employment shall secure written permission from both the Union and the Employer.  The maximum leave of absence shall be for ninety (90) days and may be extended for like periods. Permission for extension must be secured from both the Union and the Employer.

(b)  Failure to comply with this provision shall result in the complete loss of seniority rights for the employee involved.  The employee must make suitable arrangements for the continuation of health and welfare and pension payments before the leave may be approved by either the Union or the Employer.  Leave of absence will not be granted for the purpose of trying out for another job.

(c)  Upon the giving of written notice by the Employer to the Union, an employee may be removed from a classification of work covered by this Agreement in order to work for the Employer in a classification of work not covered by this Agreement.  Such employee will continue to accrue seniority for a period of six (6) months following the termination of his/her work in a classification covered by this Agreement.  At the end of such six (6) month period, such employee shall lose all seniority rights and/or benefits under the Agreement.

(d)  The Employer will pay the premiums on pension and health and welfare programs (not to exceed four (4) weeks) for employees on authorized leave of absence to attend summer military training in conjunction with compulsory reserve training.

(e)  The Employer will pay a weekly Short-Term Disability (STD) benefit in an amount equal to 66 2/3% of the individual's average weekly income at the time Total Disability commenced, not to exceed Four Hundred Fifty Dollars ($450.00) per week.

# ARTICLE 10
# SENIORITY

## Section 10.1 – General

Seniority rights for employees shall prevail in accordance with this Agreement and the Local Supplement attached hereto.

Exhibit A

**Section 10.2 – Layoff/Recall**

(a)  When it becomes necessary to reduce the working force, the last employee hired shall be laid off first and, when the force is again increased, the employees are to be returned to work in the reverse order in which they are laid off.

(b)
In the event of a layoff, an employee so laid off shall be given written notice of recall mailed to his/her last known address.  The employee must respond to such notice within three (3) days after receipt thereof and actually report to work in seven (7) days after receipt of notice unless otherwise mutually agreed to.  (Refusal of letter will constitute receipt.)  In the event an employee fails to comply with the above, he/she shall lose all seniority rights under this Agreement.

**Section 10.3 – Posting**

Any controversy over the seniority standing of any employee on the seniority list shall be submitted to the grievance procedure.  After the posting of a seniority list and if not questioned within thirty (30) days, such list shall be deemed to be correct for that period of the posting and a copy of said list shall be sent to the Local Union.

**Section 10.4 – Posting of Seniority List**

An agreed upon seniority record shall be established and maintained and such record shall be available to the Union at all times and shall be posted.

**Section 10.5 – Break in Service**

Absences from employment due to sickness and injury shall not result in a break in an employee's seniority unless in excess of two (2) years and the employee is unable to return to work.  If the employee can return after two (2) years, upon his/her return, his/her full seniority prior to when the absence began will be restored.

# ARTICLE 11
# OTHER AGREEMENTS

The Employer agrees not to enter into any agreement or contract with its employees, individually or collectively, which in any way conflicts with the terms and provisions of this Agreement.  Any such conflicting agreement shall be null and void.

Exhibit A

# ARTICLE 12
# MANAGEMENT RIGHTS

The management of the business and the direction of the working forces, including the right to plan, direct and control warehouse or plant operations, hire, suspend or discharge for proper cause, transfer or relieve employees from duty because of lack of work or for other legitimate reasons, the right to study or introduce new or improved production methods or facilities and the right to establish and maintain rules and regulations covering the operation of the warehouse or plant, a violation of which shall be among the causes for discharge or discipline, are vested in the Employer; provided, however, with respect to new rules of conduct only, the Employer will first submit the rules to the Union for approval and, if the Union disagrees the Employer can then proceed to Step 3 of Section 13.1 for a decision. Any right reserved to the Employer herein shall be exercised with due regard for the rights of the employees as outlined in this Agreement, and provided further that it will not be used for the purpose of discrimination against any employee or for the purpose of invalidating any contract provisions.

# ARTICLE 13
# DISPUTES OR GRIEVANCES

### Section 13.1 – Grievance Procedure

The value and importance of full disclosure and open discussions about issues that may arise between the parties during the term of this Agreement, and/or a properly filed grievance under this Article is appreciated. Therefore, the parties pledge to conduct themselves in a manner conducive to a harmonious relationship, attempting to rectify and/or clear up misunderstandings and/or properly filed grievances. Should any employee have any grievance, dispute or complaint over the interpretation or application of the contents of this Agreement, there shall be an earnest effort by the employee, the Union and the Employer to settle the matter promptly. Except as provided in Article 30, Section 30.6 and in Article 13, the following steps shall be followed:

Step 1. By conference between the aggrieved employee, the steward, or both, and the supervisor. Such Step 1 meeting will be held within the time limits set forth in Section 13.4. The employer shall respond to the grievant and the shop steward as to the disposition of the grievance, within the time limits set forth in Section 13.4, or the grievance will be referred to Step 2.

Step 2. By conference between an official or officials of the Union, or its designated business agent and the Distribution Manager or a designee, a Step 2 meeting will be held at the request of the Local Union on a monthly basis. The Employer will respond in writing to the Local Union no later than ten (10) days as to the disposition of all grievances presented at the Step 2 hearing, or the grievances will be resolved in the favor of the

Exhibit A

Union. If grievances aren't settled in Step 2, they may be referred to Step 3 as outlined below. Any grievances older than sixty (60) days will not be considered in Step 2, unless extended by mutual agreement in writing.

Step 3. The Step 3 Committee will have one (1) chairperson and a full-time member designated by the appropriate officer of the Teamsters International and the other chairperson and full-time member designated by the Vice President in charge of Labor Relations of The Kroger Co. Either side may add a floating third member to participate in the hearings as deemed desirable. The unit rule shall apply and each side shall have one (1) vote, cast by the chairperson, regardless of the number of members present at a hearing. Such committee shall have the power to settle the grievances and such settlement shall be final and binding upon all parties. Meetings of the Committee may be held from time to time and at such places as its members may elect. A panel of four (4) arbitrators will be agreed to by the Employer and the Union. One (1) arbitrator from the list will be scheduled to sit with the Grievance Panel regarding discharges and suspensions. While the arbitrator will hear the cases with the panel, the arbitrator will not participate in nor be present for the Panel's decision-making executive session. Said arbitrator shall render a decision only in the event of a panel deadlock. Said decision shall be a bench decision similar to that issued by the Committee. The parties agree to the concept of loser pays and Local Unions and the Employer are liable to the Committee for their share of arbitrator fees for cases decided by the arbitrator. In the absence of a clear winner as determined by the arbitrator, such as returning a grievant to work with a lesser amount of compensation or no compensation, the cost for the arbitrator shall be borne equally. In the event that no cases are decided by the arbitrator, the costs shall be borne equally by the Employer and the Local Unions. At the end of the session, the arbitrator will submit his/her bill reflecting these principles. The parties agreed to modify the Grievance Panel's Rules of Procedure to reflect these changes.

## Section 13.2 – Deadlocks/Arbitration

Except as provided for above, in the event the Committee named in Step 3 cannot reach agreement on a case before it, such case may be deadlocked. In that event, either party may submit the deadlocked issue to arbitration. If arbitration is requested, the request must be made to the Federal Mediation and Conciliation Service (FMCS) for a panel of seven (7) arbitrators within thirty (30) days of receiving a Step 3 Committee's deadlocked decision.

The party requesting arbitration must notify the other party of such request. Said notice must be in writing with a copy of the FMCS form attached.

Within thirty (30) days upon receiving the list of arbitrators from the FMCS, the parties shall strike names until there is only one (1) remaining name on the list. A flip of a coin shall determine which party strikes the first name from the list.

Exhibit A

Either party may reject the first list of arbitrators and request a second list from the FMCS. The party requesting the second list must notify the other party of such action.  The rejection of the first list must be made within ten (10) days of receipt of the first list. Upon receipt of the second list of arbitrators, the party shall select an arbitrator as provided for in paragraph three (3) above.

### Section 13.3 – Arbitrator's Binding Decision

The decision of an arbitrator so selected shall be binding upon all parties to the arbitration. If either party to this Agreement refuses to abide by a decision of an arbitrator rendered under Section 13.2, such refusal shall be a breach of this Agreement, and the other party may then take any legal or lawful economic action.  All of the fees, costs and expenses of the arbitration shall be borne equally.

### Section 13.4 – Time Limits/Reduction to Writing

No grievance will be considered or discussed which is presented in writing later than fourteen (14) days after the occurrence of the grievance.  Grievances must be responded to within fourteen (14) days from when the written grievance is submitted, unless extended by mutual agreement.  Grievances protesting disciplinary action going to Step 1 and all other grievances going beyond Step 1 shall be reduced to writing by the complainant before proceeding to Step 2.


# ARTICLE 14
# PROTECTION OF RIGHTS


### Section 14.1 – No Strike, No Lockout

During the term hereof, the Union agrees that there shall be no strike or any other interference with or interruption of the normal conditions of the Employer's business by the Union or its members.  The Employer agrees that there shall be no lockout.

### Section 14.2 – Picket Line and Struck Goods

Notwithstanding the provisions of Section 14.1 by which the Union agrees to refrain from interference with or interruption of the Employer's business by the Union or its members, it shall not be a violation of this Agreement and it shall not be a cause for discharge or disciplinary action if:

(a)    An employee refuses to enter upon any property involved in a lawful primary labor dispute, or refuses to go through or work behind any lawful primary picket line,

Exhibit A

including the lawful primary picket line of the Union, party to this Agreement, and including lawful primary picket lines at the Employer's place of business.

(b)  An employee refuses to perform any service which the Employer undertakes to perform for another Employer or person whose employees are on strike and which service, but for such strike, would be performed by the employees of the other Employer or person on strike.

## Section 14.3 – Grievances

Within five (5) working days of filing a grievance claiming violation of this Article, the parties to this Agreement shall proceed to the final step (Article 13, Section 13.1 Step 3.) of the grievance procedure without taking any intermediate steps, and other provision of this Agreement to the contrary notwithstanding.

# ARTICLE 15
# DISCHARGE OR SUSPENSION

## Section 15.1 – Just Cause/Warning Notice

The Employer shall not suspend or discharge any employee without just cause, but in respect to suspension or discharge, shall give the necessary warning notice of the complaints against such employee to the employee, in writing, and a copy of the same to the Union and job steward affected.  The warning notice as herein provided shall not remain in effect for a period of more than six (6) months from the date of said warning notice.

## Section 15.2 – Discharge

Violations on the part of an employee of the rules and regulations of the Employer, or violations of the rules and regulations provided by municipal, state, or federal law, or authority as related to transportation or to general conduct, or unnecessary delay in the transportation of merchandise, or any employee's carelessness, shall be considered cause for disciplinary action.  However, no warning notice is necessary prior to discharge or suspension for dishonesty; being under the influence of liquor, addiction to or use of drugs such as LSD, marijuana, heroin, cocaine, etc.; which may be verified by a sobriety test or drug test (refusal to take a blood alcohol sobriety test or drug test shall establish a presumption of being under such influence), carrying unauthorized passengers; participating in an unauthorized work stoppage; participating in sabotage; failure to report any accident that the employee is aware of; or carelessness resulting in a major accident; or is covered by any local work rules agreed to by the Union and the Employer, then such rules shall apply.

Exhibit A

No employee shall be discharged or suspended by the Employer without first being given a hearing by the Employer with an agent of the Union present (if an agent of the Union is unavailable, a steward shall be present), if requested by the employee at the hearing. Rules and regulations of the Employer shall not be in conflict with the Agreement, and employees shall have knowledge of such rules and regulations.

Discharge must be by proper written notice to the employee and the Union. Any employee may request an investigation as to his/her discharge or suspension. Should such investigation prove that an injustice has been done an employee, the employee shall be reinstated and shall receive full, partial, or no compensation for the period he/she was out of work. A request by an employee for an investigation as to his/her discharge or suspension must be made by written request within five (5) working days from the date of discharge or suspension. Appeal from discharge or suspension must be heard within fifteen (15) days and a decision reached within twenty (20) days from the date of the discharge or suspension. If no decision has been reached within twenty (20) days, the case shall be taken up as provided in Article 13, Section 13.1, Step 3, hereof.

The above provision shall not preclude the Employer from suspending an employee, pending investigation, without a hearing under serious circumstances.

### Section 15.3 – Reprimands/Discipline Notices

Reprimands and/or disciplinary action notice will be issued in writing within fourteen (14) days after the occurrence or after the hearing provided in Section 15.2 above.

# ARTICLE 16
# LOSS OR DAMAGE

An employee shall not be charged for loss or damage so long as he/she exercises a reasonable degree of care, skill and judgment.

# ARTICLE 17
# BONDS

Should the Employer require any employee to give bond, case bond shall not be compulsory and any premium involved shall be paid for by the Employer.

Exhibit A

# ARTICLE 18
# EXAMINATIONS AND IDENTIFICATION FEES

## Section 18.1 – Examinations

Physical, mental or other examinations required by a government body or the Employer shall be promptly complied with by all employees, provided, however, the Employer shall pay for all such examinations. The Employer shall not pay for any time spent in the case of applicants for jobs, and shall be responsible to employees only for time spent at the place of examination or examinations where the time spent by the employee exceeds one and one-half (1 ½) hours and, in that case, only for those hours in excess of said one and one-half (1 ½). Examinations are not to exceed one (1) in any one (1) year unless the employee has suffered serious injury or illness during the year. Employees will not be required to take examinations during their working hours.

## Section 18.2 – Examiners and Examination Standards

The Employer reserves the right to select its own medical examiner or physician and the Union may, if it believes an injustice has been done an employee, have said employee re-examined at the Union's expense. Physical standards shall not exceed those contained in the Department of Transportation regulations.

## Section 18.3 – Disagreements

If a disagreement exists, a neutral doctor chosen by the Employer's doctor and the Union's doctor will make the decision which shall be binding on both parties; the expenses of the third doctor to be shared jointly by the parties.

## Section 18.4 – Identification

Should the Employer find it necessary to require employees to carry or record full personal identification, such requirement shall be complied with by the employees. The cost of such personal identification shall be borne by the Employer.

## Section 18.5 – Licensing Fees

If any licensing fee is charged to any employee under the Federal Drivers Licensing Act, the Kroger Teamsters Master Negotiating Committee shall meet to discuss who shall pay these licensing fees. In the event an employee is required to take a driving test as a condition of maintaining his/her commercial driver's license, said equipment will be made available to the employee at no cost.

Exhibit A

## ARTICLE 19
## PASSENGERS

No driver shall allow anyone, other than employees of the Employer who are on duty, to ride on his/her truck except by written authorization of the Employer, except in cases of emergency arising out of disabled commercial equipment or an act of God.  This shall not prohibit drivers from picking up other drivers, helpers or others in wrecked or broken-down motor equipment and transporting them to the first available point of communications, repair, lodging, or available medical attention.

## ARTICLE 20
## COMPENSATION CLAIMS

The Employer agrees to cooperate toward the prompt settlement of employee on-the-job injury claims when such claims are due and owing.  However, such agreement shall not preclude the Employer from contesting any claim in good faith.  The Employer shall provide Workmen's Compensation protection for all employees even though not required by law.

## ARTICLE 21
## MILITARY CLAUSE

The Employer agrees to continue to comply with all applicable federal and state laws related to the military service of its employees, including the Uniformed Services Employment and Reemployment Act (USERA).

## ARTICLE 22
## WORKPLACE SAFETY

**Section 22.1**

It is the understanding that the Kroger Co., employees and the Union want to provide a work environment that places employee safety as one of the highest priorities in the workplace.  Employee suggestions for improvements to the workplace, combined with a priority response from the Employer and the cooperation of the Union, will lead the way to elevating safety as one of our highest priorities.

Exhibit A

## Section 22.2 – Defective Equipment

No employee shall be compelled to take out equipment that is not mechanically sound and properly equipped to conform with all applicable city, state and federal regulations. When equipment is believed to be defective, it will be checked by a qualified mechanic.

## Section 22.3 – Accident Reports

Any employee involved in any accident shall immediately report said accident and any physical injury sustained.  When required by his/her Employer, the employee, before starting his/her next shift, shall make out an accident report, in writing, on forms furnished by the Employer and shall turn in all available names and addresses of witnesses to the accident.  Failure to comply with this provision shall subject such employee to disciplinary action by the Employer.

## Section 22.4 – Defective Equipment Reports and Potential Safety Hazards

Employees shall promptly report to the Employer, in writing, all known defects in equipment and safety hazards.  The report on equipment shall be turned in daily whether or not there are any known defects to report.

## Section 22.5 – Equipment Standards

All new tractors ordered after ratification of this Agreement shall have power steering or any alternate technological assist system deemed appropriate by the Employer.

All new tractors shall be equipped with air conditioning.  The Employer shall make reasonable efforts to keep this equipment operating properly and, in case of breakdown, will repair at home base in a reasonable time.

However, no driver shall refuse an assignment because the air conditioning is not functioning.  Also, management will determine what type runs the air equipped tractors will be assigned.

## Section 22.6 – Safety Committee

Each location will establish a safety committee. The committee shall be comprised of an equal number of representatives selected by the Union and by the Employer.  The committee shall establish guidelines for their operations.  The committee (union and management) will develop proper training programs for employees to recognize and report potential workplace safety hazards in order to reduce accidents to zero.

Exhibit A

# ARTICLE 23
# OTHER WORK

Employees shall perform any work which supervision may direct with the understanding that, when an employee is assigned to a job with a lesser rate, he/she will be entitled to his/her regular rate of pay unless, due to a decrease of work, he/she has been regularly assigned to a lower rated job and desires to retain such job rather than accept a layoff. An employee who is assigned to work in a higher classification shall be paid the rate of the higher classification.  Job assignments to either higher or lower classifications will be in accordance with the seniority provisions of this Agreement.

# ARTICLE 24
# POSTING OF NOTICES

The Employer shall make available bulletin boards for the posting of Union notices, provided that copies of such notices are first presented to the Distribution Manager and if notice is an official Union notice and reasonable responsible posting, same will be approved.

# ARTICLE 25
# UNION COOPERATION

## Section 25.1 – Rules & Regulations

The Union agrees to uphold the rules and regulations of the Employer with regard to punctual and steady attendance, proper and sufficient notification in case of necessary absence, conduct on the job, and all other reasonable rules and regulations established by the Employer.

## Section 25.2 – Safety & Cleanliness

The Union agrees to cooperate with the Employer in maintaining and improving safe working conditions and practices, in improving the cleanliness and good housekeeping of the departments, machinery and equipment.

## Section 25.3 – Inefficiencies

The Union agrees to cooperate in correcting inefficiencies of members which might otherwise necessitate discharge.

Exhibit A

**Section 25.4 – Operational Changes**

The Union recognizes the need for improved methods and output in the interest of the employees and the business and agrees to cooperate with the Employer in the installation of such methods, in suggesting improved methods and in the education of its members in the necessity for such changes and improvements.

The Employer agrees to notify the Union of its intent to automate an operation and negotiate the impact of the automation. The parties agree that the impact negotiations will occur prior to the implementation of automation. The Employer will provide training to remaining employees needed as automation is implemented.

**Section 25.5 – Conservation**

The Union recognizes the need for conservation and the elimination of waste and agrees to cooperate with the Employer in suggesting and practicing methods in the interest of conservation and waste elimination.

# ARTICLE 26
# UNION ACTIVITIES

Any employee member of the Union acting in any official capacity whatsoever shall not be discriminated against for his/her acts as such representative of the Union so long as such acts do not interfere with the conduct of the Employer's business, nor shall there be any discrimination against any employee because of Union membership or activities.

# ARTICLE 27
# INSPECTION PRIVILEGES

Upon notification made to Management (in accordance with local practice), any accredited local Union official shall be granted access to the represented facility for the purpose of satisfying himself/herself that the terms of this Agreement are being complied with, provided, however, that there is no interruption of the Employer's working schedule.

# ARTICLE 28
# WAGES, HOURS AND WORKING CONDITIONS

**Section 28.1 – Supplemental Standards**

Wages, hours, and working conditions, as covered by the Supplement attached hereto, shall be considered a part of this Agreement as though specifically incorporated therein.

Exhibit A

Following ratification, the parties will, in Supplemental negotiations, negotiate incentive compensation plans. The national negotiating committee will assist the parties in negotiating such plans upon request.

## Section 28.2 – New Classifications/Equipment

New classifications and/or equipment may be established by the Employer. Prior to establishing a new classification, the Employer and the Union shall confer to establish the rate for such classification. In the event the parties cannot agree, the Employer may establish such classification and the rate of pay. Within thirty (30) days after the establishment of such rate, the Union, if it so desires, may submit the rate to the grievance procedure provided in Article 13 of the Agreement. If there is a change in rate, such change shall be retroactive to the date employees were first assigned to the new classification.

# ARTICLE 29
# SEPARABILITY AND SAVINGS

If any article or section of this Agreement should be held invalid by operation of law or by any tribunal of competent jurisdiction, the balance of this Agreement shall continue in full force and effect. The article or section held invalid shall be modified as required by law or the tribunal of competent jurisdiction, or shall be renegotiated for the purpose of an adequate replacement. If such negotiations shall not result in mutually satisfactory agreement, the Employer agrees to be bound by the Union's position if approved by any tribunal of competent jurisdiction, or a tribunal agreed to by the parties.

# ARTICLE 30
# SUBCONTRACTING

## Section 30.1 – Subcontracting

The Employer has the right to discontinue work or services presently performed or hereafter assigned to the collective bargaining unit, but in so doing will not subcontract or transfer work for the purpose of circumventing the terms and provisions of this Agreement to any outside company, or by any other means convey (subcontract) which does not provide wages and conditions of employment reasonably equal to those provided in contracts which other Employers have in the area from which the outside Employer operates with the International Brotherhood of Teamsters. In areas where the International Brotherhood of Teamsters do not have contracts with outside Employers to make a comparison, the Employer will maintain its right to subcontract. However, if the work is subcontracted to an outside Employer that is represented by the International Brotherhood of Teamsters, under no circumstances will that arrangement be a violation of this clause. Also, it is understood that nothing contained in this Agreement shall

-21-

prohibit the Employer from opening new facilities, closing existing facilities, consolidating facilities, transferring operations from one facility to another, emergencies beyond the control of the Employer, or having store deliveries made by suppliers of items not now being manufactured by the Employer. Further, it is understood that as long as any of the Employer's food stores (once delivery has commenced and are supplied) are supplied from the Employer's retail grocery warehouse, such deliveries shall be made by the Employer's drivers except in cases of overflow loads or emergencies where no equipment and/or drivers are available or in the closing of Kroger manufacturing facilities. Effective 12/12/05, the Employer may utilize outside carriers to backhaul deliveries from their operations. If this practice is utilized, Kroger agrees that there will be no layoffs of any existing drivers directly related to the change.

## Section 30.2 – Change of Operations

If the Employer deems it advisable to do any of the following where bid runs between two (2) Kroger Divisions and members of two (2) Local Unions are involved:

1. Change the interchange point of a bid "interchange" run;
2. Change the domicile of a bid "turnaround" run;
3. Change the domicile as a result of the elimination of a bid "interchange" run and the establishment of a "turnaround" run;
4. Change the domicile as a result of the elimination of a bid "turnaround" run and the establishment of an "interchange" run;

And such change will result in reducing, increasing or eliminating the mileage that the driver with the bid will drive on such run, then the Employer must give the Union at least two (2) weeks' notice of the intended change before putting it into effect. When such notice is given, the Employer must also indicate what adverse impact, if any, the change will have on the driver with the bid, and how the Employer proposes to handle such adverse impact. If the Union objects to the proposal for handling the adverse impact on the driver, it must give the Employer written notice setting for its objections within one (1) week of the receipt of the notice of the intended change, in which event the issue of adverse impact on the driver will be submitted by both parties to a prompt review by a two (2) person committee appointed by the committee referred to in Article 13, Section 13.1, Step 3, and the decision of the committee thus appointed shall be binding on both parties. In the event no decision is reached, the issue shall go to Step 3 of the grievance procedure. A temporary change due to emergency conditions shall not fall within the scope of this paragraph.

## Section 30.3 – Continuity of Employment

If, during the term of this Agreement, the Employer deems it advisable to abandon the present method of store deliveries and subcontracts to a common or contract carrier, all of the deliveries then being made by the employees covered by this Agreement, then a

Exhibit A

condition of such subcontract shall be the employment, in accordance with their seniority, of such employees by the common carrier or contract carriers as the common or contract carrier requires to make the deliveries. In addition, should the Employer decide during the term of this Agreement to subcontract the entire warehouse or transportation operations, or both, at any facility covered by this Agreement in any arrangement under which the new employer provides such warehouse or transportation services from such facility, then a condition of such subcontract shall be offers of employment by the new employer, provided that the new employer requires that number or more to perform such services.

## Section 30.4 – Bakery & Dairy Transport

The Employer will not subcontract milk and bread on over-the-road hauls between existing Kroger bakeries and dairies and existing Kroger Distribution Centers if, in so doing, it directly results in the layoff of drivers who are actively employed by the Employer (on or before May 31, 1979); providing that a condition for the application of this clause be the continued maintenance of the mileage provisions in those contracts which provide for this method of driver pay.

## Section 30.5 – Resumption by the Employer of Subcontracted Operations

If during the term of this Agreement the Employer decides (a) to terminate an operating agreement with a third party to which the Employer has, pursuant to this Article 30, subcontracted, the operation of a warehouse or the transportation fleet associated with a warehouse and (b) to resume operations as the employer of warehouse workers or drivers who are represented by a Local Union affiliated with the International Brotherhood of Teamsters, then such employees, in accordance with their seniority and classification of the current subcontractor, shall be hired by the Employer. The Local Union involved and the Employer shall then meet to negotiate a Local Supplement in accordance with the terms of this Master Agreement, and upon reaching agreement the Local Union shall be party to this Master Agreement. This Section 30.5 shall apply to operations subcontracted by the Employer after September, 2005.

## Section 30.6 – Transfer of Work Opportunities

The parties recognize that from time to time the needs of the business may require changes in operations: opening of facilities, closing of facilities, or transfers of certain operations. When an operation is transferred, jobs at the new location which become available within one (1) year (or to the extended time, as mutually agreed to) after the transfer will first be offered to employees based on seniority. Employees transferred shall be dovetailed into the appropriate seniority list upon starting work at the new location. It is further understood and agreed that such employees shall experience no break in their Company service as a result of the transfer and will receive any benefits at the new location to which their total length of Company service entitled them, including seniority

Exhibit A

which shall be their original date of hire. Failure to answer a recall notice to the last known address will sever any seniority rights an employee would have under this provision.

Prior to the movement of work from one Kroger installation to another, the Company will meet with the Local Unions involved and discuss the impact of the change of operations, including the movement of work and manpower requirements. Such discussions in no way will reduce the Employer's right to implement such changes.

Regarding the new facility, within a one-hundred (100) mile radius, where work currently performed under this labor agreement will be transferred, if such new facility does not have a labor agreement with an IBT Local, and a majority of the appropriate bargaining unit workers at that facility have designated an IBT Local to represent them, the terms of this labor agreement shall apply. The parties shall negotiate any modifications to the applicable supplemental agreement that are necessary for the specific operations of the new facility, or shall negotiate a new supplement (and contribution rates under Article 31) if representation is by an IBT Local not presently party to this Agreement.

Employees not wishing to transfer pursuant to this Article or who otherwise do not have an opportunity to transfer, shall be eligible for severance pay pursuant to Article 34.

Any grievance, dispute, or complaint over the interpretation or application of this Article 30.6 shall be referred directly to the Step 3 Committee and the remaining provisions of Article 13 of this Agreement shall apply.

# ARTICLE 31
# PURCHASE OF EQUIPMENT

The Employer shall not require, as a condition of continued employment, that an employee purchase truck, tractor, and/or tractor and trailer or other vehicular equipment, or that any employee purchase or assume any proprietary interest or other obligation in the business.

# ARTICLE 32
# JURY DUTY

### Section 32.1 – Jury Duty

In case a full-time employee is known to have served on any duly constituted jury, he/she shall be paid for the hours necessarily absent from work up to eight (8)/ten (10) hours straight time pay per day, as applicable. The employee will notify the Employer immediately of any jury notice. In no case will the employee receive more than the basic

Exhibit A

weekly pay, except that any daily overtime worked by an employee in such a case will be paid even though this brings his/her total pay for the week to more than the basic weekly pay.

## Section 32.2 – Pay for Jury Duty

When an employee is scheduled to work more than eight (8) hours, he/she will be paid for the scheduled hours that day.  Drivers paid on a mileage or hourly basis will be compensated for all monies lost as a result of missing scheduled work because of serving on a jury.  (Monies received for serving on a jury will be figured in these calculations.)  Employees paid on a mileage basis will be compensated for the miles driven on any day worked or if not worked, for the monies the employee would have been paid if the employee would have worked their schedule.  Drivers shall be reimbursed for all monies lost while on jury duty, though this may result in exceeding their guarantee.

# ARTICLE 33
# FUNERAL LEAVE

## Section 33.1 – Funeral Leave

A leave of absence up to, but not necessarily the maximum which is five (5) scheduled workdays (not more than eight (8)/ten (10) straight time hours per day, as applicable) shall be granted in the event of a death in the immediate family of any full-time employee.  The employee has to attend the funeral and must report back to work the day after the funeral unless extensive travel is involved and will be paid for scheduled days necessarily absent between the death and the funeral.  In the event of the death of a current spouse, child or stepchild the employee will be allowed to take his/her five days of funeral leave so as to be able to attend to affairs settling the estate.  In no case will he/she receive more than the basic weekly pay, except that any daily overtime worked by an employee in such a week will be paid even though this brings his/her total pay to more than the basic weekly pay and except that if an employee has missed scheduled workdays in the workweek because of a funeral and then returns to work that week, the funeral leave pay will not be reduced where he/she works an unscheduled day. In the event of the death of a parent, brother, sister, step-brother, step- sister, mother-in-law, father-in-law, brother-in-law, sister-in-law, stepfather, stepmother, stepmother-in-law, stepfather-in-law, grandparents, grandchildren, or any other relative residing with the employee a leave of up to three (3) days scheduled work days will be granted.  The employee must attend the funeral in order to qualify for pay under this article.

## Section 33.2 – Pay for Funeral Leave

When an employee is scheduled to work more than eight (8) hours, he/she will be paid for the scheduled hours that day.  Employees paid on a mileage basis will be compensated for the miles driven on any day worked or if not worked, for the monies that would have been paid if the employee would have worked their schedule.  Drivers shall be reimbursed

Exhibit A

for all monies lost while on a funeral leave, though this may result in exceeding their guarantee.

# ARTICLE 34
# SEVERANCE PAY

### Section 34.1 – Severance Pay

In the event a full-time employee is permanently laid off due to the Employer closing, subcontracting or moving its operation to another geographical area, and that employee has more than five (5) years service with the Employer, he/she will receive severance pay according to the following schedule.  Severance pay for facilities closing after the ratification of this Agreement:

| Length of Service | Severance Pay |
| --- | --- |
| 5 Years to 15 Years Service | 12 Weeks Pay |
| 15 Years to 20 Years Service | 16 Weeks Pay |
| 20 Years to 25 Years Service | 20 Weeks Pay |
| 25 Years or More | 24 Weeks Pay |

A week's pay will be determined by the average earnings for the fifty-two (52) weeks prior to the closing of the facility.

### Section 34.2 – Ineligibility for Severance Pay

An employee who accepts a transfer to another job with Kroger is not eligible for severance pay.  In the event all or part of any distribution center is acquired by an outside company and employees otherwise eligible under this Article are offered employment by such company, none of the provisions of this Article shall apply.

### Section 34.3 – Ineligibility for Severance Pay

The above provision set forth in Section 34.1 does not apply where an employee is redomiciled due to change in the Employer's transportation operation.

### Section 34.4 – Elector of Severance Pay

An employee will inform the Employer within twenty-one (21) days upon his/her notification of permanent layoff as a result of a facility closing if he/she elects severance pay and upon so doing, severs all seniority rights.

Exhibit A

# ARTICLE 35
# MOVING EXPENSES

### Section 35.1 – Moving Expenses

In the event a full-time employee accepts a transfer rather than a permanent layoff due to the Employer closing or moving its operation to another geographical area, the Employer will reimburse an employee so transferring for the cost of transporting household furnishings, not to exceed seventy-five hundred (7,500) pounds.

### Section 35.2 – Mileage Reimbursement

The Employer will reimburse such employee transferring at the IRS rate currently in effect per mile for two (2) round trips from the new location to the former location.

### Section 35.3 – Voluntary Redomiciling

The above provisions set forth in Sections 35.1 and 35.2 do not apply where an employee is redomiciled due to a voluntary bid.

# ARTICLE 36
# PENSIONS

The Company will permanently cease to have any obligation to contribute to the Central States Pension Fund (i.e., Kroger will completely withdraw from the Central States Pension Fund) effective immediately upon ratification.

Kroger and the IBT negotiated an acceptable replacement retirement benefit for Kroger Master Teamster employees (MOU – IBT Consolidated Pension Fund) which is an addendum to this Collective Bargaining Agreement. The provisions of the MOU – IBT Consolidated Pension Fund shall constitute a supplement to (and a part of) this Collective Bargaining Agreement.

Exhibit A

# ARTICLE 37
# HEALTH CARE

## Section 37.1 – Health Benefits

Employees who have been employed for sixty (60) calendar days will be eligible to receive health care benefits effective the first of the month following sixty (60) days of employment with the Company, or opt for no coverage.

The Employer agrees to make available the choice of two Health Care Options: Plan A or C; and one Dental Option.  A Summary can be found as Attachments 1 and 2 to this Agreement.  A complete Summary Plan Description Booklet (SPD) is available and will be provided to the Chair of the Kroger IBT National Master Negotiating Committee and to the Executive Officers of each Local Union party to this Agreement.  The Terms and Conditions of the SPD will govern those items not noted in Attachments #1, and 2.

Eligible employees who elect coverage must pay the appropriate weekly contribution amount to receive these benefits.  Amounts are noted in Attachments #1.

## Section 37.2 – Dental Plan

The Employer agrees to make available to eligible employees a choice of one (1) dental plan, high option.  A summary can be found as Attachment #2 to this Agreement.  A complete Summary Plan Description (SPD) Booklet is available and those terms and conditions will govern those items not noted in Attachment #2.

Eligible employees who elect coverage must pay the appropriate weekly contribution amount to receive these benefits.  Amounts are noted in Attachment #2.

## Section 37.3 – Vision Insurance Plan

The Employer will offer vision coverage through a plan currently administered by Anthem. This plan will mirror the Employer's management plan and contributions.

## Section 37.4 – Modification of Plan Design

During the life of the Master Agreement changes in plan design in the health and dental program as negotiated and ratified on December 9, 2017 will not be made unless agreed to by the Employer and Union or required by law.

Exhibit A

## Section 37.5 – Flexible Spending Amount

Employees eligible for Health Benefits will also become eligible for participation in the Flexible Spending Account program identical to that which is offered to management employees in each facility covered by the Master Agreement.

## Section 37.6 – Retiree Health Care

Effective May 8, 2015 all retirees, retired prior to and after ratification, will have the same plan design choices (medical and pharmacy) offered to active employees, either Plan A or C.

This coverage will be offered to those employees who retire under the Central States/IBT Consolidated Plan Normal Retirement Eligibility and provide such certification from Central States/IBT Consolidated Pension.

### Pre 65 Retiree Rate

**Master Teamsters Retiree Medical Contributions Per Month**

|  | 2022 current | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|
| **Plan A** |  |  |  |  |  |
| Retiree Only | $ 303 | $ 347 | $ 390 | $ 433 | $ 477 |
| Retiree + Sp | $ 364 | $ 407 | $ 451 | $ 494 | $ 537 |
| Retiree + Ch | $ 364 | $ 407 | $ 451 | $ 494 | $ 537 |
| Retiree, Sp + Ch | $ 425 | $ 468 | $ 511 | $ 555 | $ 598 |
| **Plan C** |  |  |  |  |  |
| Retiree Only | $ 74 | $ 91 | $ 108 | $ 126 | $ 143 |
| Retiree + Sp | $ 147 | $ 182 | $ 217 | $ 251 | $ 286 |
| Retiree + Ch | $ 104 | $ 139 | $ 173 | $ 208 | $ 243 |
| Retiree, Sp + Ch | $ 178 | $ 212 | $ 247 | $ 282 | $ 316 |

**Master Teamsters Retiree Medical Contributions Per Week**

|  | 2022 current | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|
| **Plan A** |  |  |  |  |  |
| Retiree Only | $70.00 | $ 80.00 | $ 90.00 | $100.00 | $110.00 |
| Retiree + Sp | $84.00 | $ 94.00 | $104.00 | $114.00 | $124.00 |
| Retiree + Ch | $84.00 | $ 94.00 | $104.00 | $114.00 | $124.00 |
| Retiree, Sp + Ch | $98.00 | $108.00 | $118.00 | $128.00 | $138.00 |
| **Plan C** |  |  |  |  |  |
| Retiree Only | $17.00 | $ 21.00 | $ 25.00 | $ 29.00 | $ 33.00 |
| Retiree + Sp | $34.00 | $ 42.00 | $ 50.00 | $ 58.00 | $ 66.00 |
| Retiree + Ch | $24.00 | $ 32.00 | $ 40.00 | $ 48.00 | $ 56.00 |
| Retiree, Sp + Ch | $41.00 | $ 49.00 | $ 57.00 | $ 65.00 | $ 73.00 |

Exhibit A

Should the employee precede the spouse in death, he/she will be entitled to the above coverage until he/she becomes covered as outlined above or remarries, not to exceed eight (8) years from death of employee.

### Section 37.7 – Early Retiree Health Care

Retiree health care will be made available to employees, 57 and under, who retire on or after January 29, 2012, with thirty (30) years of service under the Central States Pension/IBT Consolidated Plan. The retiree may choose to extend his/her current health care plan (as described in Attached Plans #A and C) through C.O.B.R.A. Health Care extension until age 57.

Effective January 1, 2023, Retiree health care will be made available to employees age 60 and under, who retire on or after January 29, 2012, with thirty (30) years of service under the Central States Pension/IBT Consolidated Plan. The retiree may choose to extend his/her current health care plan (as described in Attached Plans #A and C) through C.O.B.R.A Health Care extension until age 60. Current retired employees between the ages of 57 and 62 who are participating in the Retiree health care program shall be red circled.
Employer agrees to provide dental and vision options to retirees that mirror the active plan. Cost of the plan shall be borne by the retiree.

### Section 37.8 – Life Insurance Amounts

The Kroger Co. will provide all locations and eligible participants with a $25,000 Basic Company Paid Life and Accidental Death and Dismemberment Benefit. In addition, all groups will be offered up to $100,000 Voluntary Life Benefit available in $10,000 increments at the rates provided by the vendor. All groups will also be offered $20,000 Spouse, $5,000 Dependent Group Life at the rates provided by the vendor.

# ARTICLE 38
# LOCAL AGREEMENTS AND PRACTICES

All oral understandings, agreements and/or past practices claimed to exist at the time of the execution of the Agreement by the parties involved shall be reduced to writing, signed by the parties hereto and made a part of this Agreement within six (6) months of said execution date or they will be deemed not to exist. Any disagreement between the parties as to oral understandings, agreements and/or prevailing practices will be referred to Step 3 of Section 13.1 for settlement.

All other Articles of the above mentioned Agreements, except as herein amended or added to, will remain the same as heretofore.

Exhibit A

# ARTICLE 39
# MILEAGE

It is agreed by the Employer and the Union that mileage rates may be negotiated and put into effect at any time during the contract term for the balance of the contract term, or for an agreed upon lesser period of time.

# ARTICLE 40
# DRUG USE

The Kroger Corporate Policy which has been adopted pursuant to the mandatory DOT rules regarding illegal drugs is incorporated as an Appendix to this Master Agreement.

# ARTICLE 41
# TERMINATION

## Section 41.1 – Effective Dates

Master Language is effective from September 18, 2022 through September 19, 2027, and year to year thereafter, unless, through the Negotiating Committees mentioned in Article 1, Section 1.1, the party desiring to terminate or modify Master Language has so notified the other party in writing no later than one hundred and twenty (120) days prior to September 19, 2027.

## Section 41.2 – Notice to Terminate or Modify

If either the Employer or the Union desires to terminate or modify a Local Supplement expiring on September 19, 2027, it must notify the other party in writing no later than ninety (90) days prior to September 19, 2027. In order to make the bargaining process as efficient as possible it is the intent of the parties that, as with new Master language, Local Supplement changes must be submitted for vote no earlier than twenty (20) days nor later than ten (10) days prior to September 19, 2027.

Exhibit A

# APPENDIX I
# TEAMSTERS LOGOS

If requested by the Local Union, the Employer will affix Teamsters logos as understood between the parties to the tractors and trailers driven by the employees.

# APPENDIX II
# DRUG TESTING POLICY

The Kroger Co. is committed to achieving a drug-free work environment and to implementing policies and procedures designed to achieve that objective.

The Kroger Co. fully supports the testing requirements of the Department of Transportation (DOT) regulation requiring drug testing of personnel who operate commercial motor vehicles.

The use, possession, or sale of illegally controlled substances (drugs) is considered by the Company as a major infraction of Company rules and policies and may subject an employee to immediate discharge.

A copy of The Kroger Co. policy and procedures manual relating to the requirements of the DOT regulations will be available in each Kroger Distribution Center and will be reviewed and discussed with all applicable employees and with IBT Local Union leadership.

**Note:  Parties must agree on the contents of the procedures manual prior to implementation of the Agreement.**

# APPENDIX III
# NON-DISCRIMINATION

Wherever in this Agreement words such as "he", "she", "himself", "him", "her", etc. are used, the intent of the parties is that the application of the contract terms and conditions shall be applied equally and on a non-discriminatory basis regardless of gender.

Exhibit A

## Letter of Understanding – May 18, 2006
## Kroger – IBT Master – Backhauling Issue

A backhaul, as permitted by Article 30.1, is when a non Kroger driver who has made a delivery to a covered facility has product reloaded onto his equipment or picks up a "drop trailer" with a store(s) delivery and that store(s) delivery will return the non Kroger driver towards the original area from which his journey began.  It is further agreed that the backhaul delivery will not alter a driver's bid and is not subject to other provisions contained in Article 30.

Exhibit A

# Letter of Understanding
# Article 13

Upon ratification of a new agreement, the Co-Chair of the IBT Kroger National Master Negotiating Committee and the Chair of the Kroger National Committee will direct the Step 3 Chairpersons to review and revise, as needed, the Step 3 Rules and Procedures.

Exhibit A

## Letter of Understanding
## Local Union 89

The parties agree to delete all references to Local 89 from the Master Agreement. The parties acknowledge that Local 89 has filed an unfair labor practice change with the National Labor Relations Board alleging that Kroger has failed to bargain with Local 89 and further acknowledge that Kroger asserts it is not required to bargain with Local 89. If, after the exhaustion of all legal proceedings and appeals, Kroger is ordered to bargain a successor agreement with Local 89, Kroger will do so and the deleted references to Local 89 shall be reinserted into the Master Agreement.

Further, in the event the Kroger terminates its arrangements with the employers currently operating the Louisville, Kentucky Distribution Center and reassumes such operations as the employer, Kroger agrees to directly employ all Local 89 bargaining unit members then performing the reassumed work. Such employees shall then be covered by the Kroger Master Agreement bargaining unit, and the terms of their employment will be governed by the Master Agreement and by a local supplement to be agreed upon in such event between Kroger and Local 89.

Any disputes between Local 89 and Kroger that arises on or after the date of this Letter of Understanding, including disputes concerning the terms of this Letter of Understanding, shall not be subject to grievance and arbitration.

FOR THE UNION:                          FOR THE COMPANY:


_Terry Cobart_                          _Sui Turi_


Date: _3/29/23_                         Date: _4/28/2023_

Exhibit A

# LETTER OF UNDERSTANDING RE: SPECIALTY Rx ALTERNATIVE FUNDING
# MASTER TEAMSTERS AND THE KROGER CO.

The Kroger Co (Kroger) and the Master Teamsters hereby agree to meet and confer regarding the adoption of a Specialty Prescription Drug Alternative Funding program. Kroger Prescription Plans have partnered with Pharmacist Concierge Services to lower plan and patient costs for specialty medications.  This is done by matching patients with alternative funding sources such as patient assistance programs and foundation. Adoption of said program would strive to be cost neutral to active associates and retirees.

Exhibit A

## Kroger Master Agreement

For the Employer:

_____
Darin Torosian,
Vice President of Human Resources

_____
Henry Taylor, Sr. Director Labor Relations

_____
Michael Palmer, Sr. Director Labor Relations

_____
Harold Park, Regional HRBP

_____
Mark Dierig, Regional HRBP

_____
Herbert Taylor, Regional HRBP

_____
Jerad Coine, Regional ARM

_____
Don Sattler, Manager of Healthcare Strategy

_____
Blake Contadino, Healthcare Strategy Analyst

For the Union:

_____
Terry Constant,
Vice President
Teamster Local 795

_____
Jeff Sperring, Teamster Local 135

_____
Todd Lince, Teamster Local 337

_____
Jesse Castillo, Teamster Local 795

_____
Barry Brown, Teamster Local 667

_____
Tim Slider, Teamster Local 988

_____
Fernando Harms, Local 795

_____
James Jones, Teamster Local 667

_____

-37-

Exhibit A

## Attachment #1: Medical

### Health Care & RX

| General Plan Provisions | Medical Plan A — Master Teamsters Health Care Plans Eff 1/1/2025 | | Medical Plan C — Master Teamsters Health Care Plans Eff 1/1/2025 | |
|---|---|---|---|---|
| | In-Network | Out-of-Network | In-Network | Out-of-Network |
| Deductible (Per Person) (2 par family) | $650 / $1,300 | $1,300 / $2,600 | $1,400 / $2,800 | $2,800 / $5,600 |
| Co-Insurance (Your Share) | 20% | 50% | 30% | 50% |
| Out of Pocket Maximum (Includes Deductible - 2 par family) | $2,650 / $5,300 | $5,300 / $10,600 | $5,000 / $10,000 | $10,000 / $20,000 |
| Lifetime Max | Unlimited | | Unlimited | |
| Annual Max | N/A | | N/A | |
| Preventive Care | | | | |
| Routine physicals, hearing exams, gynecological exams, mammograms | 100% | Not covered | 100% | Not covered |
| Physician Office Services ** | | | | |
| PCP | $25 Copay | 50% after ded | $35 Copay | 50% after ded |
| Specialist | $35 Copay | 50% after ded | $45 copay | 50% after ded |
| Diagnostic (Outpatient Facility) | | | | |
| Labor Work, X rays, CAT, MRI, PET | 20% after ded | 50% after ded | 30% after ded | 50% after ded |
| Hospital Services | | | | |
| Call to Precertify | 20% after ded | 50% after ded | 30% after ded | 50% after ded |
| Hospital Copay | none | | none | |
| Immunizations | 100% | Not covered | 100% | Not covered |
| Allergy test and treatments | 20% after ded | 50% after ded | 30% after ded | 50% after ded |
| Hospital Outpatient Surgery | 20% after ded | 50% after ded | 30% after ded | 50% after ded |
| Emergency Care | $200 copayment | | $200 copayment | |
| Urgent Care | $50 copay | 50% after ded | $50 copay | 50% after ded |
| Walk in Clinic (The Little Clinic, CVS) | $25 copay | 50% after ded | $30 copay | 50% after ded |
| Home Health Care | | | | |
| (limit 30 visits per calendar year) | 20% after ded | 50% after ded | 30% after ded | 50% after ded |
| Physical & Occupational Therapy | | | | |
| (Outpatient) 40 visit limit | 20% after ded | 50% after ded | 30% after ded | 50% after ded |
| Speech Therapy | | | | |
| (Outpatient) Max 20 Visits | 20% after ded | 50% after ded | 30% after ded | 50% after ded |
| Mental Health Treatment/Substance Abuse | | | | |
| Inpatient | 20% after ded | 50% after ded | 30% after ded | 50% after ded |
| Outpatient Physician Services | $25 copay | 50% after ded | $30 copay | 50% after ded |
| Outpatient - Facility (limit 60 days) | 20% after ded | 50% after ded | 30% after ded | 50% after ded |
| Chiropractic (18 visits maximum per CY) | 20% | 50% after ded | 30% | 50% after ded |
| Durable Medical Equipment | 20% after ded | 50% after ded | 30% after ded | 50% after ded |
| Hospice Care | 20% after ded | 50% after ded | 30% after ded | 50% after ded |
| RX | | | | |
| Day Supply - Retail | 30 Days Supply | | 30 Days Supply | |
| Tier 1 - Generic | Greater of $10 or 10%  Max $60 | | Greater of $10 or 10%  Max $60 | |
| Tier 2 - Preferred/Brand | Greater of $20 or 20%  Max $100 | | Greater of $20 or 20%  Max $100 | |
| Tier 3 - Non-Preferred/Specialty | Greater of $35 or 30%  Max $175 | | Greater of $35 or 30%  Max $175 | |
| Day Supply - Specialty | 30 Days Supply | | 30 Days Supply | |
| Tier 4 - Specialty Generic | 8%, Max $100 | | 8%, Max $100 | |
| Tier 4 - Specialty Formulary Brand | 15%, Max $250 | | 15%, Max $250 | |
| Tier 4 - Specialty Non Formulary Brand | 25%, Max $400 | | 25%, Max $400 | |
| Day Supply - Mail Order ONLY | 90 Days Supply | | 90 Days Supply | |
| Tier 1 - Generic | Mail Order: Greater of $25 or 10%  Max $120 | | Mail Order: Greater of $25 or 10%  Max $120 | |
| Tier 2 - Preferred/Brand | Mail Order: Greater of $50 or 20%  Max $200 | | Mail Order: Greater of $50 or 20%  Max $200 | |
| Tier 3 - Non-Preferred/Specialty | Mail Order: Greater of $75 or 30%  Max $350 | | Mail Order: Greater of $75 or 30%  Max $350 | |
| | Mail-order Program / 90 day supply, Kroger Specialty Pharmacy. Target Pricing (Statins/PPIs/Blood Glucose Strips) | | Mail-order Program / 90 day supply, Kroger Specialty Pharmacy. Target Pricing (Statins/PPIs/Blood Glucose Strips) | |
| Active Employee Weekly Contributions: | increase 1/1/24 & thereafter each year | | increase 1/1/24 & thereafter each year | |
| Employee Only | $19.00 + $1.00 | | $9.50 + $1.00 | |
| Employee + Spouse | $40.00 + $1.00 | | $19.00 + $1.00 | |
| Employee + Child(ren) | $32.50 + $1.00 | | $15.00 + $1.00 | |
| Employee + Spouse + Child(ren) | $55.00 + $1.00 | | $26.00 + $1.00 | |
| Working Spouse Fee (monthly) | $100.00 | | $100.00 | |
| Model includes THTY | included | | included | |

Exhibit A

**Attachment #2: Dental**

| Annual Deductible Per Individual | Plan One |
|---|---|
| - Basic / Major | $50.00 |
| - Orthodontia | $100.00 |

| Dental Benefits | |
|---|---|
| - Preventive | 100% |
| - Basic | 80% |
| - Major | 60% |
| - Orthodontia (child only) | 50% |

| Annual Maximum per Individual | $2,000 |
|---|---|

| Orthodontia Maximum (lifetime) | $1,500 |
|---|---|

| Associate Dental Contributions (weekly) | |
|---|---|
| Associate only | $3.00 |
| Associate & Spouse | $6.00 |
| Associate & Child(ren) | $4.00 |
| Associate, Spouse, & Child(ren) | $8.00 |

Exhibit A

# DILLONS

# LOCAL SUPPLEMENTAL

# AGREEMENT

# SEPTEMBER 18, 2022

# THROUGH

# SEPTEMBER 19, 2027

Exhibit A

# Table of Contents

| | | |
|---|---|---|
| Article 1 | Principals and Purpose | 1 |
| Article 2 | Unauthorized Activity | 1 |
| Article 3 | Union Bulletin Boards | 1 |
| Article 4 | Seniority | 2 |
| Article 5 | Job Bidding and Vacancies | 3 |
| Article 6 | Hours, Guarantee, Overtime | 4 |
| Article 7 | Rest Periods | 5 |
| Article 8 | Meal Breaks | 5 |
| Article 9 | Holidays | 5 |
| Article 10 | Vacations | 7 |
| Article 11 | Inactive Participants of Dillon Profit Sharing Plan | 8 |
| Article 12 | Sick Leave | 9 |
| Article 13 | Health and Welfare | 10 |
| Article 14 | Tools and Equipment | 11 |
| Article 15 | Incentive Plan | 11 |
| Article 16 | Work Assignments / Management Leave | 11 |
| Article 17 | Discrimination | 11 |
| Article 18 | Unassigned Positions | 11 |
| Article 19 | Maintenance of Standards | 12 |
| Article 20 | Checkoff | 12 |
| Article 21 | Period of Agreement | 13 |
| Schedule A | Hutchinson & Goddard Wages | 14 |
| Letter | Daily Job Bidding Procedures | 15 |
| LOA | Letter of Agreement | 16 |
| Letter 1 | Employees Call In Sick | 17 |
| Letter 2 | Surveillance Cameras | 18 |
| Letter 3 | Trainer Guidelines | 19 |
| Memo 1 | Protective Equipment for Freezer Employees | 20 |
| Memo 2 | Labor Standards Implementation | 21 |
| Memo 3 | Labor Standards Progressive Discipline | 22 |
| Memo 4 | Use of Floater between Departments | 23 |
| Memo 5 | Sick Leave and Attendance Policy | 24 |
| Memo 6 | Rounding of Time Card Punches | 25 |
| Memo 7 | Sick Leave and Attendance Policy | 26 |
| | Attendance Guidelines | 27 |

Exhibit A

## LOCAL SUPPLEMENTAL AGREEMENT

Dillons Companies, LLC and Teamsters Local No. 795 who are parties to the Kroger and IBT Master Collective Bargaining Agreement hereby agree to the following supplemental terms and conditions for bargaining unit employees.

### ARTICLE ONE
### PRINCIPALS AND PURPOSE

**Section 1**.   THIS LOCAL SUPPLEMENTAL AGREEMENT is between Dillons Companies, LLC., Hutchinson, Kansas, hereinafter referred to as the Employer or Company and Teamster's Union Local No. 795, affiliated with the International Brotherhood of Teamsters, hereinafter referred to as the Union.

**Section 2.**   The purpose of this Agreement is to set forth herein the Local Supplemental Agreements to the Master Agreement to be observed between the parties covering rates of pay, hours of work, and other conditions of employment not covered under the Master Agreement for all employees coming under this Local Supplemental Agreement and working at the Employer's Warehouse in Hutchinson, Kansas and Goddard, Kansas, classified as warehouse, custodial, and building maintenance employees.

### ARTICLE TWO
### UNAUTHORIZED ACTIVITY

**Section 1.**  It is understood and agreed that the Union shall have no financial liability for acts of its members or agents which are unauthorized and which the Union cannot control.  It is agreed, however, that in the event of any such unauthorized action, the Union shall, upon receiving notice thereof, urge its members to return to work, if there be a work stoppage, and just as soon as practical address a letter to the Company, notifying the Company that the action of the Union members or agents is unauthorized.

**Section 2.**   The Company, during the first twelve (12) hour period of such unauthorized work stoppage, shall be privileged to discipline, short of discharge, employees responsible for such unauthorized activities without violations of the terms of this Agreement.  After the first twelve (12) hour period of such stoppage, and if the stoppage continues, the Employer shall have the sole and complete right to immediately discharge any employee participating in the stoppage and such employee shall not have the right to any recourse.

**Section 3.**  In order that the Company may be apprised of the officers of the Union empowered to authorize strikes, work stoppages, or actions which will interfere with the activities required of employees under this Agreement, it is understood and agreed that only the Business Representative of the Union has the power of authority to authorize any such actions or give the orders or directions necessary to carry out any such action.

### ARTICLE THREE
### UNION BULLETIN BOARDS

**Section 1.**  Employer will furnish Union bulletin boards. The Union shall have the right to post Union Notices or other notices on the bulletin boards on authorized Union Letterheads signed by authorized Union Officials.  The Union agrees it will not post any nonpartisan political matters or political endorsements or anything derogatory to the Company.

Exhibit A

1

## ARTICLE FOUR
### SENIORITY

**Section 1**.  Seniority shall be broken only by discharge, voluntary quit or one-year layoff. Seniority shall apply in the following order:

A  Company seniority: Length of continuous service in bargaining unit from the latest time of hire,

B  Department seniority: Bargaining unit seniority establishes department seniority after employee successfully bids to department. An employee must wait until new jobs are bid to exercise seniority on shift or days off preference. Employees cannot automatically bump to premium days off or shifts.

### Section 2.  Departments:

A.  Hutchinson Perishable Warehouse Department
B.  Hutchinson Warehouse Custodial Department
C.  Hutchinson Maintenance Department
D.  Goddard Grocery Warehouse Department
E.  Goddard Maintenance Department
F.  Goddard Warehouse Custodial Department
G.  Hutchinson Salvage Department

Employees may bid between departments when qualified to do the work.

**Section 3.**  In all cases of layoffs and recall from layoffs, bargaining unit seniority shall prevail. Preference in work, selection of vacation period and overtime, department seniority shall prevail.

When employees work past their normal shift ending time:

Those reporting to work at the beginning of their regular shift shall exercise seniority over those staying past their normal shift ending time for job preference; except freezer employees shall be required to continue working in freezer.

When all are on overtime, seniority shall prevail for job preference.

The company has the right to assign equipment. Equipment goes with work.

There shall be no bumping when a job is shut down.

Preference in work will be re-bid at shift starting times,

If employees are needed to work on their regular days off, the work shall be offered as follows:

Shift seniority within department.

Total seniority within department (all shifts).

Employees who are called into work on overtime shall only have seniority for the vacant job

Exhibit A

2

or jobs that are open.

Parties agree on call in overtime, shifts shall comprise the normal work day as spelled out in Schedule A.

The company may at its discretion keep as many employees as it needs on past their normal shift ending time. The Company agrees it will not require more than seventy-five percent (75%) of the employees of any classification on any one shift to work past their normal shift ending time. Employees working the longest past their normal shift ending time will be allowed to leave first.

Part-time employees shall have no preferences over regular full time employees with respect to job assignments, shift assignments, transfers, or job bidding. The Company shall not employ more than 10% of each department as part-time employees. Part-time employees shall not be scheduled to work more than 32 hours per week.

## ARTICLE FIVE
## JOB BIDDING AND VACANCIES

**Section 1**.    For the purposes of bidding jobs, department seniority shall prevail; if no department employees bid, then bargaining unit seniority shall prevail.

**Section 2**.    All jobs are subject to seniority and shall be posted for bid.  All bids will be posted in a conspicuous place in the warehouse so that all employees will receive notice of the positions open for bid.  All bids must contain the following information: Classification, shift, starting time, days on and off and wage scale. All bids must be signed by the employees desiring such job and once an employee has signed a bid, employee's name may not be erased or removed.

**Section 3**.    Any time a position is changed to the extent that the shift starting time, days on and off are changed, that position shall be canceled and re-bid as a new position.  In the event of cancellation, the employee canceled shall be permitted to exercise their seniority by bumping to any regular bid position within their own department held by a junior employee.  Employees cancelled or displaced shall notify the Company within four hours after notice is given of their choice.

**Section 4**.    All vacancies and new positions shall be posted for bid within five (5) days from the time such vacancies or new positions occur.  These will be bid in the manner described in Section 2.  All bids shall be posted for a period of three (3) working days.

**Section 5**.    Any employee may have two (2) work weeks to qualify for the job they bid in.  If employee fails to qualify, they shall return to a job within their department.  Any dispute in regard to an employee's qualifications shall be settled under the provisions of the Grievance Procedure.

**Section 6**.    A permanent vacancy is defined to mean one which has been vacated for more than six (6) weeks due to sickness or injury.

**Section 7**.    When an employee returns to work from a prolonged illness or injury, they shall return to their job or if job bids have changed or their job has been re-bid during the employees

Exhibit A

absence, they shall have the right to exercise their seniority on any jobs below them in seniority within their own department.

**Section 8**.    If an employee returns to work after a prolonged sickness or accident, job related or not; and cannot meet demands of their previous job; employee may exercise their seniority to transfer to a department for which they are qualified.  Employee must take bottom shift and days off in a new department until such time as employee can exercise seniority as new shifts or days off become available; seniority would revert back to bargaining unit at this time.

**Section 9**.    Warehouse days off and hours will be re-bid annually within respective departments.  Employee will be given up to 1 hour to select their bid.  This re-bid will take effect the first Sunday of October.

**Section 10**.    The company shall train employees in all areas of the current job classification no less than fifteen (15) months after date of hire.


### ARTICLE SIX
### HOURS, GUARANTEE, OVERTIME

**Section 1**.  All regular full-time employees shall be guaranteed forty (40) hours of straight time work per week or pay in lieu thereof. The workweek shall begin at 12:01 AM on Sunday and end at midnight the following Saturday.

**Section 2**.  The Perishable/Grocery Department shall be any five (5) consecutive days in a seven (7) day period with as many as possible Sunday through Thursday, Monday through Friday, or Tuesday through Saturday; except that twenty percent (20%) of the employees may be assigned to a work week with five (5) non-consecutive work days in the Perishable/Grocery Department, limited to no more than twenty percent (20%) of the total number in the Perishable/Grocery Department.  It is understood that those jobs on non-consecutive work days at the signing of this Agreement shall continue so long as it is not more than twenty percent (20%) of the total number in the department.

**Section 3**.  All hours worked in excess of eight (8) hours per day or forty (40) hours per week shall be paid for at the rate of time and one-half of the regular rate.  All hours worked on an employee's regular day off or on the sixth consecutive day shall be paid at the rate of 1 1/2 times the regular rate providing any absence during the week was paid under the sick leave provision.  Further provided that all hours worked on holidays or in excess of eight (8) hours per day, or on the sixth or seventh consecutive day shall not apply against the guarantee but must be paid in addition to it.  The sixth or seventh day premium shall not be paid when it results from a bid change.

**Section 4**.  Further provided, that in any work week in which a holiday(s) occurs the guaranteed work week shall be reduced as to the amount of holiday time due.  Any work performed over and above the guarantee shall be at the rate of one and one-half (1 1/2) times the regular hourly rate of pay.

**Section 5**.  If the regular employee is called in and reports to work on any day, they shall be guaranteed three (3) hours pay.  However, regular employees called in shall be permitted to work the same hours as those worked by the regular crew on duty or if replacing absentee, shall

Exhibit A

4

work the same as would have the employee replaced. The minimum guarantee for extra employee shall be three (3) hours for each time they are called to work. When an employee is ill or loses time through no fault of the Company, such time shall be deducted from their weekly guarantee.

**Section 6.** The Company agrees to meet with its employees to discuss, in good faith, the idea of adopting a four-day work week in the Perishable/Grocery Departments. Should the Company decide to implement this program, the Union agrees to discuss language for a four-day work week.

**ARTICLE SEVEN**
**REST PERIODS**

**Section 1**. Each employee shall receive a fifteen (15) minute rest break with pay for each four (4) hours of their regular work day. Such break shall be given approximately midway within each four (4) hour period. Employees scheduled to work beyond their normal quitting time shall be given one (1) additional rest break provided they are scheduled to work at least one (1) hour and one (1) additional rest break each two (2) hours thereafter. Employees on a 10 hour shift will receive one lunch period and will receive three fifteen (15) minute breaks.

**ARTICLE EIGHT**
**MEAL BREAKS**

**Section 1**. Employees may take a lunch period any time after they have worked five (5) hours. The lunch period shall consist of thirty (30) minutes unless a longer period is agreed to by the Company and Union. Any employee who works more than four (4) hours beyond regular quitting time will receive one-half (1/2) hours off for supper with pay computed at overtime hourly rate.

**ARTICLE NINE**
**HOLIDAYS**

**Section 1.** Employees hired on or after December 4, 2005 shall be covered under the Holiday article of the Master Agreement. All regular employees hired on or before December 3, 2005 shall receive the following paid holidays:

| | |
|---|---|
| New Years Day (January 1) | Thanksgiving Day |
| Memorial Day | Christmas Day (December 25) |
| Fourth of July | Labor Day |
| Two (2) Personal Floating Holidays | |

Effective 1/1/06, employees with eight (8) or more years of service: above eight (8) holidays plus one (1) additional personal holiday (total of 9).

Effective 1/1/06, employees with fifteen (15) or more years of service: above nine (9) holidays plus 1 additional personal holiday (total 10).

**Section 2.** All regular employees shall receive eight (8) hours pay at their straight time rate for each holiday for which they are eligible.

Exhibit A

A. In regard to the Floating Holidays, the employee shall be required to give at least two weeks notice of date they choose to take such holidays. If the Company is unable to give that employee that specified day, a mutually agreeable alternate day off with pay will be granted.

• In order to qualify for holiday pay, an employee must work the regular scheduled work day before and after the holiday, and the holiday itself, if scheduled, unless they are excused from work either by contract or by their Employer. Employees off due to illness shall receive holiday pay for holidays falling within their period of paid sick leave. Employees absent due to sickness shall be paid sick pay to the extent of accumulated sick leave. Once sick pay benefits are exhausted, employees will not be entitled to or receive Holiday Pay until such time they actually return to work or are credited with additional Sick Leave hours.

• Safety days are similar to a Floating Holiday. You are not eligible for call in on your safety day. The safety day does not pay out if you do not use it. If it is not used by end of safety period you lose it! For seniority purposes it falls below daily vacation and above off on own time.

B. Priority of Days off shall be as follows:

1. Floating Holidays
2. Extra Day For Holiday
3. Daily Vacation
4. Safety Day
5. Off On Own Time

E. Floating Holidays will be granted on a calendar year basis from January 1 till December 31.

F. In order to work Holiday's you must sign the sign up sheet before it comes down. You have 1st chance on your assigned shift. If you are on second shift and you sign both second shift lists, please indicate your 1st choice.

**Section 3**. Holidays shall be observed on the day of the holiday.

**Section 4**. If a holiday falls during the employee's vacation period, the employee will receive one (1) extra day's pay or an extra day off mutually agreed to by the Company and the employee. The extra day may be selected the week prior to vacation or the week following,

**Section 5**. Employees called in to work on any of the above mentioned holidays shall receive two (2) times the regular rate for a minimum of eight (8) hours in addition to their regular holiday pay.

**Section 6**. Employees must be notified by the Company to work on a holiday to receive the eight (8) hour guarantee.

Exhibit A

## ARTICLE TEN
## VACATIONS

**Section 1**. Employees hired on or after December 4, 2005 shall be covered under the Vacation article of the Master Agreement. Employees hired on or before December 3, 2005 and placed on the regular seniority list will receive vacation according to the following schedule:

> After one (1) year anniversary date – 1-week vacation
> After 2nd January 1st – 2 weeks vacation
> After 6th January 1st – 3 weeks vacation
> After 15th January 1st – 4 weeks vacation
> After 18th January 1st – 5 weeks vacation

**Section 2**. Vacation will be granted on a calendar year basis (January 1 to December 31). Employees eligible to receive five (5) weeks vacation must split their vacation. All vacations will run Sunday through Saturday.

**Section 3**. Employees eligible for one (1) week of vacation or more may select up to one (1) week of vacation each year to use in one (1) day increments. Employees eligible for four (4) weeks of vacation or more may select one (1) more week of vacation in one (1) day increments. In regards to incremental vacation days, the employee shall be required to give at least forty–eight (48) hours notice of date he chooses to take such vacation day.

**Section 4**. Time Lost as a result of sickness or accident will be applied against available sick time and then all paid vacation that is in excess of two weeks.

**Section 5**. An employee who terminates, and is later rehired, must start as a new employee to earn vacation time.

**Section 6**. If an employee takes a leave of absence, and then returns to work, their length of service will include the time worked up to the leave of absence, and resume upon return to work, for purposes of vacation eligibility.

**Section 7**. If an employee wishes to take more time off than that to which they are entitled to for vacation, they may do so provided they are not paid for the excess time, and it can be conveniently arranged by the Company.

**Section 8**. Credit for military leave will be allowed toward paid vacation provided the employee leaves the Company to enter the military service, either by draft or volunteering, in order to complete the military service required by law, and returns to the Company within the time limits described and meets all the eligibility requirements as required by the Military Selective Service Act as amended,

**Section 9**. Vacation pay shall be based on the average weekly earnings from the gross earnings of previous calendar year period, but in no event less than employee's rate times forty (40) for each week due. The number of hours for which an employee hired on or after December 4, 2005 shall be paid for a vacation week shall be the average number of weekly hours worked during the twelve (12) months immediately preceding the employee's anniversary date of employment not to exceed forty (40) hours pay for each week of vacation but shall be no

Exhibit A

less than thirty seven (37) hours pay. Such vacation shall be paid at the employee's straight time hourly rate and hours paid for vacations, holidays and sick leave shall be considered as hours worked for the purpose of computing vacation amounts.

**Section 10.** Holidays shall not be included as a day of vacation.

**Section 11.** Vacation time not used in the year to which it applies may not be accumulated and passed forward except that employees who accrue vacation with the company during the months of October, November or December may be allowed to take that week of vacation up to March 31 the following year. In years in which employees do not accrue additional vacation weeks, employees will be able to bid vacation for the entire calendar year. No employee shall work through their vacation and be paid in lieu of time off, except in case of hardship and then only at the discretion of the department head, with approval of the personnel manager.

**Section 12.** The Company shall post and make available a vacation schedule within the bargaining unit by the first of October each year. *Effective October 2012: The bidding process will begin 10 days after the schedule has been posted. The choice of vacations will be on a seniority basis within the bargaining unit with the most senior employee designating their preference in line with their seniority. The most senior employee shall designate their preference within a two (2) hour window as posted. Thereafter, each less senior* employee shall designate their preference within a respective 2-hour window as scheduled by seniority. Vacations selected by seniority will be final. No bumping shall be permitted in connection with the selection of vacations. All selections must be made by December 31. First year employees will select their vacations in accordance with the same bidding procedures.

**Section 13.** Vacations may be split, but remaining vacation shall not be designated until all employees within the bargaining unit have made their selection in accordance with their seniority rights. Employees may continue to utilize the present method of using daily vacations.

1. If employee uses their split vacation days before their regular bid week, we will repost the open week.
2. Only guaranteed vacation is taken a week at a time by bid
3. Split vacations can be used during all months of year. Split vacations can be used in conjunction with floating holidays
4. No employee shall work through their vacation and be paid in lieu of time off, except in the case of hardship and then only at the discretion of the Department Head
5. One day vacation must be scheduled by first week of December

**Section 14.** Employees who bid from one vacation unit to other vacation units, that employee shall take what week or weeks are open. Employees that are bumped from one unit to other units shall keep their choice bid.

**ARTICLE ELEVEN**
**INACTIVE PARTICIPANTS OF DILLON PROFIT SHARING PLAN**

**Section 1.** At the execution date of this Agreement, employees presently covered by the Dillon Companies, Inc. Profit Sharing and Savings Plus qualifying for the Union Pension Fund Benefits, shall on such date become inactive participants in the Profit Sharing and Savings Plan in accordance with the provisions of the Plan.

Exhibit A

The Employer and/or the Trustees of the Employer's Profit Sharing Plan hereby agree to vest the benefits accrued under the Employer's Profit Sharing Plan to the extent then funded, with respect to those employees covered by the Collective Bargaining Agreement and being transferred from the Employer's Plan to the Central States, Southeast and Southwest areas Pension Plan shall be the regular benefits based on the contribution rate applicable at the date of retirement reduced by the benefits vested and payable under the Employer's Plan.     .

## ARTICLE TWELVE
## SICK LEAVE

**Section 1**.  The Company shall provide regular full-time employees with some wage allowance during periods of illness as follows:

Effective each January 1, during the life of this Contract, each such employee shall receive disability leave credit based on their accumulated disability leave credit account balance on December 31 of the previous year as indicated in the following table, accumulative up to seven-hundred twenty (720) hours maximum.

| Disability Credit Balance on 12/31 | 1/1 Disability Leave Credit |
|---|---|
| 0 to 150 hours balance | 40 hours credit |
| 151 to 300 | 45 |
| 301 to 450 | 50 |
| 451 to 550 | 55 |
| 551 to 650 | 60 |
| 651 and above | credit to equal max credit |

**Section 2**.

A.  Non-occupational - When an employee covered hereunder is absent due to a non-occupation disability, they shall be paid the hours normally worked on the day they are absent to the extent of their accumulation of disability leave under the provisions hereof. Only the amount of disability leave paid to the employee hereunder shall be charged against the employee's accumulative disability leave.

B.  On-The-Job injury - The Company agrees to provide Workmen's Compensation Coverage for all employees. An employee who has been injured as a result of an accident arising out of and in the course of their employment is entitled to benefits in accordance with Worker's Compensation Laws of Kansas. Coordination of sick pay and worker's compensation pay, after the waiting period described in 2(A) above, will be allowed only to the extent that it does not exceed the employee's regular forty-hour week net pay.

**Section 3**.  "Sickness", as used herein, refers to any sickness or accident of the employee resulting in disability while they are on the current payroll, not caused by or resulting from an accident covered by occupational disease, venereal disease, use of intoxication liquor or drugs, or illegal or immoral conduct.

**Section 4**.  When a disability starts during and continues after an employee's vacation, the period of such absence after such vacation time has expired shall be treated the same as any other leave, and the employees shall receive pay thereafter in accordance with the conditions

Exhibit A

9

hereof to the extent they have accumulated disability leave credit. All disability leave credit shall be canceled upon an employee's termination. If a terminated employee is ordered reinstated by an arbitrator in accord with Article 13 of the Kroger Master Agreement, their accumulated disability leave shall be reinstated.

**Section 5**.  Any person who fraudulently collects sick leave shall be subject to discharge without notice.

**Section 6**.  The Company reserves the right to require an employee to provide the Employer with a certificate from a licensed physician as proof of illness or inability to work.

**Section 7**.  Employees hired before June 8, 1985, who attained five (5) years seniority or more will be eligible for payoff of all accumulated hours in the "bank" upon retirement or death of an employee up to a maximum of four-hundred eighty (480) hours. Employees hired after June 8, 1985, who attained five (5) years seniority or more will be eligible for payoff of all accumulated hours in the "bank" upon retirement or death of an employee up to a maximum of two hundred (200) hours.

## ARTICLE THIRTEEN
## HEALTH AND WELFARE

**Section 1.**     Employees who meet the eligibility requirements may continue to participate in the Long-Term Disability Insurance Plan, in existence at the time of this Agreement.   Such participation shall be in accordance with the Plan description, benefits, restrictions, and requirements of all other participants. The Company will allow employees to continue to participate in the Short-Term Disability Plan such employees were participating in under the most recently expired contract.

**Section 2.**     If an employee is absent because of illness or off-the-job injury and notifies the Employer of such absence, the Employer shall continue such benefits for a period of four (4) weeks or until the employee has exhausted all compensable leave. If an employee is injured on the job, the Employer shall continue coverage until such employee returns to work; however, such coverage shall not continue for a period of more than twelve (12) months. If an employee is granted a leave of absence, the Employer shall collect from said employee, prior to the leave of absence being effective sufficient monies to pay the required contributions into the Health and Welfare Plan during the period of absence.

**Section 3.**     Two rules apply for re-establishing Loss of Time Benefits, providing you remain covered under this Plan while you are disabled and cannot work:

1. A RELATED DISABILITY – If the second disability is related to the first disability, you must work for 30 consecutive calendar days before you begin a new Loss of Time period. Although you are not eligible for a new 26-week period of benefits, you may be eligible for the remainder of the "unused" initial 26 weeks of benefits.

2. AN UNRELATED DISABILITY – If a second disability is not related to the first disability, and if one day of active work separates the claims for benefits, a new Loss of Time Period will be established.

See the Master Agreement for Short Term Disability benefits.

Exhibit A

### ARTICLE FOURTEEN
### TOOLS AND EQUIPMENT

**Section 1.**    The Employer shall supply all necessary special tools, equipment and supplies needed in the performance of work.

### ARTICLE FIFTEEN
### INCENTIVE PLAN

**Section 1.**    The Employer reserves the right during the life of this Agreement to develop and implement a productivity incentive plan. The Employer reserves the right to modify this Plan including discontinuing the Plan at its discretion. The Employer agrees to give written notice to the Union prior to the adoption of an incentive plan and to meet with the Union, if requested, to review its terms.

### ARTICLE SIXTEEN
### WORK ASSIGNMENTS/MANAGEMENT LEAVE

**Section 1.**    No supervisory or other employee of the Company not covered by this Agreement shall be permitted to perform any job or work covered by this Agreement unless the employees covered refuse to perform the work, except in case of an emergency.

**Section 2.**    Employees accepting supervisory positions or positions outside of the bargaining unit with the same Employer shall be granted leave of absence of sixty (60) days.

### ARTICLE SEVENTEEN
### DISCRIMINATION

**Section 1.**    The Employer and the Union will not discriminate against any employee or applicant for employment for or on account of their affiliation or activities with the Union, or because of race, creed, color, sex, age, physical or mental handicap, or national origin.  The Union agrees not to refuse membership to anyone because of race, creed, color, sex, age, physical or mental handicap, or national origin.

### ARTICLE EIGHTEEN
### UNASSIGNED POSITIONS

**Section 1:** The Company may have up to four (4) jobs as unassigned positions from the Perishable Department to be used in the Salvage Department only. Two (2) jobs from each start time may be used to fill openings as needed.

**Section 2:** Salvage Department employees shall have job preference over unassigned employees.

**Section 3:** Unassigned employees shall only have seniority rights for overtime within the Perishable Department and their shift.

**Section 4:** Employees who work unassigned positions shall be paid a premium of twenty-five (.25) cents per hour for a minimum of eight (8) hours on any given workday.

Exhibit A

11

## ARTICLE NINETEEN
## MAINTENANCE OF STANDARDS

**Section 1.**     Employer agrees that all conditions of employment in effect in the unit covered hereby relating to wages, hours of work, overtime differentials and general working conditions shall be maintained in the unit at not less than the highest standards in effect at the time of the signing of this Agreement, unless such were modified in the negotiations resulting in this Agreement, and the conditions of employment shall be improved where specific provisions for improvement are made elsewhere in this Agreement. It is agreed that the provisions of this section shall not apply to inadvertent or bona fide errors made by the Employer or the Union in applying the terms and conditions of this Agreement if such error is corrected within ninety (90) working days after written notice to the party making the claim.

## ARTICLE TWENTY
## CHECKOFF

**Section 1.**     The Company agrees to deduct from its employees' paychecks who are members of the Union and covered by this agreement on a weekly basis the pro rata share of the regular union membership dues, initiation fees and/or union assessments, providing the following terms and conditions have been complied with:

    A.     That each such employee shall have previously delivered to the Employer an individual and voluntarily signed check-off authorization.

    B.     Within thirty (30) days after the execution of this Agreement, the Union shall certify in writing to the Company the regular monthly membership dues to be deducted from each employee's pay with signed check-off authorization. This certification of amount to be deducted shall remain in effect until the Company receives a written notice of a change in the amount to be deducted, which must be received by the Company at least thirty (30) days prior to the date such change is to become effective.

    C.     It is understood that the Union assumes full responsibility for any error that may be made in authorizing membership dues deductions and agrees to reimburse and hold the Employer harmless as to any monies found to have been wrongfully or illegally withheld pursuant to this clause.

    D.     The Company will remit payments to the Union no later than seven (7) working days after said deductions are made from employees' paychecks.

Exhibit A

## ARTICLE TWENTY-ONE
## PERIOD OF AGREEMENT

This Local Supplemental Agreement shall be in full force and effect from September 18, 2022, to and including twelve o'clock midnight September 19, 2027; and shall continue in full force and effect from year to year thereafter unless written notice by Certified Mail of desire to change or modify or terminate this Agreement is served by either party upon the other party sixty (60) days prior to September 19, 2027.

IN WITNESS AND TESTIMONY OF THE PROVISIONS AND TERMS mutually agreed upon, the parties hereto have set their hands this __I 3__ day of March 2023.


COMPANY:
Dillon Companies, LLC

UNION:
Teamsters Union
Local No. 795


Exhibit A

13

**SCHEDULE A**
**HUTCHINSON & GODDARD WAGES**

|  | 9/18/2022 | 9/17/2023 | 9/22/2024 | 9/21/2025 | 9/20/26 |
|---|---|---|---|---|---|
| Increase | $3.00 | $1.00 | $1.00 | $1.00 | $0.77 |
| Warehouse Employee | $26.23 | $27.23 | $28.23 | $29.23 | $30.00 |
| Maintenance Grade I | $26.23 | $27.23 | $28.23 | $29.23 | $30.00 |
| Maintenance Grade II | $26.98 | $27.98 | $28.98 | $29.98 | $30.75 |
| Maintenance Grade III | $30.50 | $31.50 | $32.50 | $33.50 | $34.27 |
| Warehouse Custodial | $24.68 | $25.68 | $26.68 | $27.68 | $28.45 |

| Hire Date | Rate |
|---|---|
| New Hire | **80%** |
| After 6 Months of Employment | **85%** |
| After 12 Months of Employment | **90%** |
| After 18 Months of Employment | **95%** |
| After 24 Months of Employment | **100%** |

A.  **First Shift** - Starting time shall be between 6:00 a.m. and noon.

B.  **Second Shift** - Starting time shall be between 12:01 p.m. and 6:00 p.m. A premium of $0.25 per hour shall be paid for all work performed on the second shift.

C.  **Third Shift** - Starting time shall be between 6:00 p.m. and 5:59 a.m. A premium of $0.30 per hour shall be paid for all work performed on third shift.

A premium of fifty cents ($0.50) per hour shall be paid for all work performed in the freezer.

A premium of twenty-five cents ($0.25) per hour shall be paid for all work performed as a crew chief.

Part-time employees shall receive wages equal to seventy percent (70%) of top rate for appropriate classification. Such part-time rate shall be adjusted and effective on the same date as the appropriate top rate is adjusted and effective pursuant to this Agreement.

Exhibit A

14

## LETTER OF AGREEMENT

### DAILY JOB BIDDING PROCEDURES

Dillon Stores and Teamsters Local No. 795 hereby agree to adopt the following daily job bidding procedures. Such procedures shall define the job preference requirements of Article 4.

1. On a quarterly basis employees shall be allowed to submit a daily job preference request. Such request shall list in rank order the preference of jobs the employees prefer to perform on a daily basis (i.e., LTO, LDR, Utility, GHC, etc ranked 1-10). Such preference request shall be valid for the subsequent quarter.

2. At shift start management shall schedule the employee in order of preference to the jobs indicated on the employee's preference form. If a more preferred job opens during the course of the employee's shift such job shall be filled by seniority.

3. Employees shall not be allowed to change their job preference request except during the quarterly job preference selection unless a permanent shift change occurs.

4. The parties agree to discontinue the practice of bidding sections in the Perishable Warehouse.

**Understood and agreed this** _13_ **day of** _March_ **2023.**

Exhibit A

15

# LETTER OF AGREEMENT

The following represents the agreements and understanding between the parties with respect to carrying forward certain letters of understandings and contract interpretation memorandums (copies attached). Any item not specifically listed herein shall be deemed cancelled by the parties.

## Letters of Understanding

The Letters of Understanding/Agreement, which are carried forward into the new Agreement, are as follows, all other are deemed null and void:

1. Employees Calling In Sick Dated March 15, 1996

2. Surveillance Cameras Dated June 17, 1999

3. Trainer Guidelines Dated May 12, 2021

## Contract Interpretation Memorandums

The Parties acknowledge that the following contract interpretation represent the current interpretation by the parties of certain provisions of the Agreement:

1. Protective Equipment For Freezer Employees – Memo from Bill Schrag dated April 16, 1990.

2. Labor Standards – Implementation Period For Bid Changes dated October 22, 1996.

3. Labor Standards Progressive Discipline Memo dated October 29, 1996.

4. Use of Floaters Between Departments – Memo from Bill Schrag dated May 10, 2000

5. Sick Leave and Attendance Policies – Letter from Jesse Castillo dated April 11, 2000.

6. Rounding of Timecard Punches – Notation on Grievance Form of 11/21/2000 conversation with Dan Naccarato dated September 30, 2000.

7. Sick Leave and Attendance Policies – Memorandum from Glenn Lay undated.

**Understood and agreed this _13_ day of _March_, 2023.**

_____        3/13/23
Teamster Local No. 795                          Date

_____        _____
Dillon Stores                                          Date

Exhibit A

16

Letter of Understanding #1
Employees Call In Sick
Dated March 15, 1996

Letter of Understanding 3-15-96

Employees calling in sick will be considered sick for 24-hours from start of their shift.  If a sick employee properly notifies the company that they are no longer sick, they will be eligible for call in from that time on.

CC: Bill Schrag
    Tony Scheuler
    Keough Swonger
    ED Saldona

Exhibit A

Letter of Understanding #2
Surveillance Cameras
Dated June 17, 1999


Dan Naccarato
Director of Human Resources
Dillon Stores
P.O. Box 1266
Hutchinson, KS 67504


RE: Surveillance Cameras


Dear Mr. Naccarato:


The purpose of this letter is to document an understanding between Teamsters Local 795 and Dillon Stores on the utilization of cameras in the distribution centers.

It is understood that the intended use of these cameras is to monitor and protect property, product, and life. The Company agrees that cameras will not be used to intimidate, harass, and/or coerce employees. Additionally, the Company agrees that the cameras will not be used as a substitute for managing directly with the employees.


Union:                                          Company:
Teamsters Local 795                             Dillon Stores
Wichita, Kansas                                 Wichita, KS


*Jesse Castello*
3/13/2023

Exhibit A

18

Letter of Understanding #3

# __Trainer Guidelines__

- Trainers must have order selected at least 40 hrs. in the last 6-month period. Hours of order selection will be calculated every 6 mos. Each potential certified trainer candidate must complete trainer's application to be considered.

- Trainers cannot have any discipline letters for 6 months prior to becoming a trainer.

- Every 6 months we will put up a posting for anyone interested in becoming a trainer.

- Trainers are not allowed to be on equipment to follow trainee. Trainer should be walking to each location to avoid congestion. Trainers must remain present with new hire associates always (train bell to bell). Any trainer found without his assigned new hire associate will be given one warning prior to being disqualified until the next training pool.

- Trainers working early shift (06:00 a.m.) must be willing to go to breaks/lunch at the trainees designated time. N/A for Hutchinson facility.

- Trainers will assist with re-certifications. Trainers must receive annual train to remain active.

- Training will be bid daily within the pool of Certified Trainers. If we do not have enough trainers bid to train, the bottom certified trainer will be forced to train. Trainers are not allowed to bid off training and discouraged from bidding home while training to help prevent continuity issues.

- Management reserves the right to disqualify any trainer that does not represent the company in a positive manner following discussion with the Union. If a trainer self disqualifies he/she will remain disqualified until the next "trainer pool" sign up is posted.

- Trainers will not take the trainees to break/lunches early (train bell to bell). Also, trainers will not take trainees into the breakroom at the end of shift to do paperwork before communicating with a supervisor. Trainers must fill out new hire packets completely every day.

- The company will maintain an adequate number of trainers needed.

Company  5/12/21                    Union  5/12/21

Revised May 2021

19

Exhibit A

Memo #1
Protective Equipment for Freezer Employees
Memo from Bill Schrag dated April 16, 1990


DATE:    April 16, 1990

TO:      Perishable Employees

FROM:    Bill Schrag


We will continue to furnish protective equipment for freezer employees. This equipment is to be used only in the freezer. When freezer employees bid out to other perishable positions, they must furnish their own equipment.

Freezer suits and shoes are the property of Dillon Stores and are not to be taken off premises.

When freezer boots wear out, return to management for exchange.

We will also supply equipment to be used when an employee who is not freezer equipped is forced to work in the freezer.


CC:      Harold Ryan
         Ron Kelley
         Larry Landwehr – Teamsters Union #795

Exhibit A

Memo #2
Labor Standards – Implementation Period
For Bid Changes
Dated October 22, 1996

Revised 10-22-96

**Labor Standards**

<u>Implementation Period for Bid Changes</u>

The following procedure will apply for those employees who bid into a job and are not currently performing that job.

If absence from the job has been for more than 4 weeks, the employee will be required to maintain the following standard.

| | | |
|---|---|---|
| Week 1 | 90% | of Standard |
| Week 2 | 95% | of Standard |
| Week 3 | 100% | of Standard |

Employees who do not meet the performance levels above, will be subject to the steps of progressive discipline.

Those employees who have not previously qualified in a classification (transportation, clerical, janitorial, and maintenance) on standard, will fall under the following steps of discipline after completion of their training.

| | | |
|---|---|---|
| Week 1 | 90% | of Standard |
| Week 2 | 95% | of Standard |
| Week 3 | 100% | of Standard |

Employees who return from prolonged illness or injury will be placed on a work hardening program. After receiving a full release, employees will be required to maintain the following standard.

| | | |
|---|---|---|
| Week 1 | 90% | of Standard |
| Week 2 | 95% | of Standard |
| Week 3 | 100% | of Standard |

Exhibit A

Memo #3
Labor Standards Progressive Discipline Changes
Dated October 29, 1996
<u>Labor Standards Progressive Disciple</u>
10-29-96

All employees are expected to perform at 100% of standard weekly and not less than 80% of standard daily.

All work performed on standard during any given shift will count towards minimum daily and accumulative weekly average.

Employees will be expected to perform at 100% of standard for 10 hours during any given shift. Work performed during the 10th to 12th hour of a shift must meet an 80% minimum, Any work beyond the 10th hour will only be included in standard calculations if it meets or exceeds 100% of Standard.

STEP 1.     Any employee who fails to achieve 100% of Standard for any accumulative Weekly average or less than 80% Daily will be given a <u>Verbal Warning</u>.

STEP 2.     Any employee who again fails to achieve 100% of Standard for any accumulative Weekly Average or less than 80% Daily will be given a <u>Second Verbal Warning</u>.

STEP 3.     On the next occasion that the employee fails to achieve 100% of Standard Weekly or less than 80% Daily after receiving a verbal warning he or she will be issued a <u>Written Warning</u> along with a preferred method and training observation by a Supervisor.

STEP 4.     On the next occasion that the employee fails to achieve 100% of Standard Weekly or less than 80% Daily after receiving a written letter with a preferred method and training observation by a Supervisor, <u>A Written Warning and a One Day Suspension</u> will be imposed.

STEP 5.     On the next occasion that the employee fails to achieve 100% of Standard for a Weekly Average or less than 80% Daily after receiving a One Day Suspension, <u>A Written Warning and a Three Day Suspension</u> will be imposed along with a preferred method and training observation.

STEP 6.     On the next occasion that the employee fails to achieve 100% of Standard for a Weekly Average or less than 80% Daily after receiving a Three Day Suspension, <u>the employee will be discharged.</u>

After the first step of discipline, a Supervisor will observe and evaluate the employee against the preferred work method and will instruct he or she on preferred methods.

Any employee who performs at 80% or below during any one week worked will progress at once to the third $(3^{rd})$ or next subsequent step of discipline.

Exhibit A

22

Memo #4
Use of Floaters between Departments
From Bill Schrag
Dated May 10, 2000

On occasion, unusual circumstances call for more manpower then is available in a specific warehouse classification. Floaters may be used until manpower requirements can be adjusted. The Company reserves the right to determine when the floaters will be used. The following work rules apply:

1. All Dept. call-in lists must be exhausted before floaters may be used

2. Employees reporting for work outside their respective Dept. will not be able to exercise their seniority rights in the new Dept. They will take the bottom job available.

3. Floaters will not be figured into the 75% Dept, force. They are in addition to.

4. Floaters must declare amount of hours that they can work and will not be forced to work additional hours.

5. Employees wanting to work must sign daily sign up sheet posted in their assigned warehouse. Supervision will fax call-in list to effected warehouse daily. Employee must be notified by Supervision if he or she is to be called in for overtime.

The Company and Local 795 have agreed to the above rules applying to Floaters used between warehouses classifications.

Exhibit A

Memo #5
Sick Leave and Attendance Policies
From Jesse Castillo
Dated April 11, 2000


Bill Schrag
Distribution Manger
Dillon Stores
2700 East 4th
Hutchinson, KS 67501


RE: Sick Leave and Attendance Policies


Dear Mr. Schrag:

It has come to my attention that the enclosed "Sick Leave and Attendance Policies," were recently posted throughout the warehouse departments.

Please be advised that Local 795 maintains that any implementation of a policy that has an effect on "working conditions" is subject to mandatory bargaining.

The only real problem with the enclosure is the language in item #1:

> "At any time, management decides a situation requires follow up"

The Union is willing to meet to discuss our concerns. I am suggesting that you postpone the effective date of these policies until the parties have reached agreement.

Exhibit A

Memo #6
Rounding of Time Card Punches
Notation on Grievance Form of November 21, 2000
Conversation with Dan Naccarato
Dated September 30, 2000

## LOCAL 795 GRIEVANCE

Dillons Warehouse Bargaining Unit  Date 9-30-00

Address 2700 E 4th

City Hutch  State KS  Zip 67501

Company Dillons

Home phone number (316) 665-5571

Violation of Article 6  Section 1

And all other articles that apply

Print clearly the exact nature of your complaint.

Date ___  Disposition

SBA Per conversation w/ Naccarato on 11/21/00 Punches to be rounded to nearest 10th hour

Management Command

Date ___  Name, Title and Company

The Union is Grieving the new Clock in Procedure implemented by Dillons Stores in the Warehouse bargaining Unit the Union Maintains this is a Violation of the general Working Conditions of our Members in the bargaining Unit As Provided for in Article Six Section 1 Maintenance of Standards.

statement requested:

All lost Wages to be made Whole.

All discipline to be Rescinded.

The Company to meet with the Union to negotiate this issue.

And any other benefits that apply

I believe that to the best of my knowledge, the above statement is true. I hereby authorize the Union to settle my complaint as they deem proper, and I agree to accept and be bound by the settlement agreed to by the Union, or decided by any grievance committee authorized by contract to adjudicate disputes or grievances with my employer.

Dept. 952  Work Site ___  Signed  Grieving on behalf of the Unit  Fernando J. Ramos

Date claim given to Co.  9/30/00    STEWARD'S REPORT

Signed  Fernando J. Ramos

Exhibit A

25

Memo #7

Sick Leave and Attendance Policies
From Glenn Lay
(Undated)

## SICK LEAVE AND ATTENDANCE POLICIES

Because of the alarming number of employees who are sick on a weekly/reoccurring basis, it is imperative that this Distribution Center begin strict adherence to pre-established attendance policies. The policies are highlighted below:

Article Thirty-Two, Section 6 of the contract states, ***"The Company reserves the right to require an employee to provide the employer a certificate from a licensed physician as proof of illness or inability to work."***

Dillon's specific requirements for **Doctor Release** is defined below:
1. *Anytime employee misses 3 consecutive work days due to illness.*
2. *Anytime within a year an employee has reported three (3) illnesses within any 90 day period.*

We will begin and continue to ask for ***Doctor Release*** as stated in 1 and 2 above. Those employees showing poor attendance patterns will be talked to and if necessary, steps of discipline will be taken.

Glenn Lay
Goddard Warehouse Manager

Exhibit A

26



THE KROGER CO    •    DILLONS DISTRIBUTION CENTERS

# Distribution Network Attendance Guidelines

### (Effective Date: February 1, 2017)

Our **Customer 1st Culture** in Logistics is to focus on People and Products in order to provide the best Prices for our Customers, the people who shop in our stores. Therefore every Associate has an important role to play in maintaining dependable service to all our Customers. It is essential for you to report to work on time every scheduled workday. However, the Company does recognize the fact that on occasion Associates may need to be absent from work for various reasons. Based upon this, the Company has established a no fault absenteeism guidelines. Occurrences under these guidelines include absence from work, late to the start of shift, and/or leaving your shift early.

A. **Excused Absences For Which No Points Will Be Assessed:**

1. Approved paid absences which include vacations, holidays, jury duty and funeral leave as defined in the current labor agreement. Absences caused by a previously reported and accepted work related injury. Documentation for jury duty must be provided prior to absence; funeral documentation must be provided upon return to work.

2. Approved event of reduced work due to lack of volume.

3. Approved leaves of absences such as Medical, Family Medical Leave, Workers Compensation, Union Business, or military leave where the associate completes required paperwork and obtains approvals in accordance with Company rules and policies.

4. A request for a significant exception (for an abnormal situation when a separation of employment is a possible result – e.g.: house fire, critical injury of a family member, severe inclement weather, etc.) can be requested through and will be reviewed by Human Resources. Only Human Resources in conjunction with Senior Supply Chain Manager may authorize a significant exception.

5. In addition to the items listed in 1-4, there will be no points assessed for the first three (3) incidents of sickness if a certificate from a licensed physician is provided to human resources upon return to work.

It is required that associates call in at least one (1) hour prior to the scheduled start time for ALL absences and **Tardy/Leave Early (Less than 6 hours worked)** unless the Associate is on a pre-approved Leave of Absence from the Company. Failure to provide proper notification will result in the appropriate action as defined in these guidelines. All calls must flow through the call in line for the respective site. Absences without a call in prior to the start of the Associates regularly scheduled shift will be considered a No Call/No Show and will access attendance points accordingly. There may be no exceptions to the use of the call in line to report expected absences or tardies. The call-in numbers are as follows:

      Hutchinson Associates call:  620-728-8784
      Goddard  Associates call:  316-794-4350

Exhibit A

Absences other than those defined in (A) above will result in points being assessed to an Associate's record for each occurrence of absence. Consecutive days absent from work for a medical reason will be considered one (1) occurrence. An occurrence is defined as an episode of absence, whether it is for one day or consecutive days, tardiness, or a leave early.

**B. <u>Absences / Tardiness / Leave Early from Work</u>**

This is a no fault system and following discipline shall be applied to each occurrence of absence.

| <u>Occurrence</u> | <u>Points</u> |
|---|---|
| Absence | 1 Point |
| Tardy/Leave Early (Less than 6 hours worked) | 1 Point |
| Tardy (6 Minutes, 6 hours or more worked) | ½ Point |
| Leave Early (6 hours or more worked) | ½ Point |
| Leave Early (6 hours or more worked **and Overtime was needed**) | 1 Point |
| Failure to call in a timely manner | ½ Point |
| No Call / No Show | 2 Points |
| Established Pattern Absences | 2 Points |

**C. <u>Attendance Guidelines Progressive Disciplinary Process</u>**

| <u>Points</u> | <u>Discipline</u> |
|---|---|
| 4 Points | Verbal Warning Notice |
| 5 Points | Written Warning Notice |
| 7 Points | Final Warning Notice |
| 8 Points | Termination of Employment |

**D. <u>Other Attendance Guidelines Criteria</u>**

1. Attendance Guidelines occurrences will be monitored on a rolling 6-month basis.

2. If an Associate is absent for more than three (3) consecutive work days, he or she may request a FMLA leave of absence from Human Resources. This must be submitted within 15 calendar days of the absence, or an additional point will be assessed for each day missed beyond three (3) days.

3. An Associate will have one (1) occurrence (up to one point) to be removed from his/her current point total provided they achieve 60-days of perfect attendance. Only one request per 60-day period shall be allowed.

Exhibit A

4. During an approved leave of absence as stated in item A, points will be frozen and the time clock for 60 days perfect attendance will not continue during an associate's approved LOA.

5. Any associate who incurs 4 points while on their probationary period will be subject to termination from the company.

## E. Job Abandonment/No Call No Show

An associate who is absent for three (3) or more consecutive days without notifying the company shall be considered to have abandoned his/her job and to have volutarily have quit from the company.

Any associate who leaves work prior to the completion of their assigned shift without notification to the company supervision shall be considered to have abandoned his/her job and voluntary quit from the company

## F. Pattern Absences

The Company will track patterns of absences, including, but not limited to, calling in on a specific day of the week (e.g., Monday, Friday), calling in on weekends, calling in on a holiday or day after/day before holiday, calling in the day before or after a day off, and calling in on a mandate. A pattern will be considered established when the employee calls in the same way three times in a rolling six-month period.

## G. Attendance Categories

There may be no added categories to these guidelines without expressed approval from Human Resources and Sr. Leadership. Any attendance event must be captured and listed as one of the occurrences in schedule B only.



March 31, 2022

Teamsters Local 795
4921 Cessna Drive
Wichita, KS 67210

Travelers Letter of Agreement

The Company and Teamsters Local 795 agree to the following terms for bringing in additional help to the Hutchinson Dillons Logistics facility:

1. Dillons Logistics will bring in 10 (Union Associates) to help alleviate the current workload and headcount shortage.
2. The Company and Teamsters Local 795 agree that the Travel Team shall consist of no more than 10 union associates.
3. The Travelers shall be allowed to work through June 4, 2022.
4. The Travel team will perform order selection only.
5. Regular Bargaining unit employees in any classification will be allowed to work any available work before Travelers
6. Both parties agree that this is non-precedent setting.
7. Terms and conditions may only be modified by mutual agreement.
8. Any utilization of travelers beyond the dates provided above must be confirmed by mutual agreement.
9. The company agrees to continue its practice of Over Time gift cards.


President, Teamsters Local 795

3/31/22
Date:

Kyle Coday, Senior Supply Chain Leader

3/31/22
Date:


Cc;    File

Exhibit A



January 21, 2022

Teamsters Local 795
4921 Cessna Drive
Wichita, KS 67210

Travelers Letter of Agreement

The Company and Teamsters Local 795 agree to the following terms for bringing in additional help to the Hutchinson Dillons Logistics facility;

1. Dillons Logistics will bring in TBD (Union Associates) to help alleviate the current workload and headcount shortage.
2. The Company and Teamsters Local 795 agree that the TBD Travel Team shall consist of no more than 16 union associates.
3. The Travelers shall be allowed to work through April 2, 2022.
4. The Travel team will perform order selection only.
5. Regular Bargaining unit employees in any classification will be allowed to work any available work before Travelers
6. Both parties agree that this is non-precedent setting.
7. Terms and conditions may only be modified by mutual agreement.
8. Any utilization of travelers beyond the dates provided above must be confirmed by mutual agreement.
9. The company agrees to continue its practice of Over Time gift cards.

_____        1/21/22
President, Teamsters Local 795          Date:

_____        1/21/22
Kyle Coday, Senior Supply Chain Leader  Date:

Cc;     File

Exhibit A



December 9, 2021

Teamsters Local 795
4921 Cessna Drive
Wichita, KS 67210

Travelers Letter of Agreement

The Company and Teamsters Local 795 agree to the following terms for bringing in additional help to the Hutchinson Dillons Logistics facility;

1. Dillons Logistics will bring in TBD (Union Associates) to help alleviate the current workload and headcount shortage.
2. The Company and Teamsters Local 795 agree that the TBD Travel Team shall consist of 10 union associates.
3. The Travelers shall be allowed to work through January 8, 2022
4. The travel team will perform order selection only.
5. Regular bargaining unit employees in any classification will be allowed to work any available work before Travelers.
6. Both parties agree that this is non-precedent setting.
7. Terms and conditions may be only be modified by mutual agreement.
8. Any utilization of travelers beyond the dates provided above must be confirmed by mutual agreement.

President, Teamsters Local 795

Date: 12 | 9 | 21

Kyle Coday, Senior Supply Chain Leader

Date: 12/9/21

Exhibit A



November 9, 2017

Travelers Letter of Agreement:

The Company and Union have met to discuss the manpower issues in the Goddard grocery and Hutchinson perishable warehouse with the following agreement.

1. Dillons Logistics will bring in the Atlas Travel Team (Teamster Local 528) to help alleviate the current workload and headcount shortage.
2. The Company and Teamsters Local 795 agree that the Atlas Travel Team shall be limited to 24 Teamsters.
3. The Atlas Travel Team shall be allowed to work through January 8, 2018.
4. The Travel Team will perform order selection only.
5. Regular bargaining unit employees in any classification will be allowed to work any available work before Travelers.
6. Terms and conditions may only be modified by mutual agreement.
7. Both parties agree that this is non-precedent setting

_Jesse Castillo_
Teamsters Local 795

11/10/17
Date:

Wes Shults, Senior Supply Chain Leader

Date:

Exhibit A