# Exhibit B

# LOCAL 795 GRIEVANCE

Name ALEJANDRO PRIETO Date 1-9-25
Address 5145 DOXDAR
City VALLEYCENTER State KS Zip 67147
Company Dillons
Home phone number 316-214-1313

Violation of Article 37 Section 1 MASTER
And all other articles that apply
Print clearly the exact nature of your complaint.

| Date | Case No. | Disposition |
|---|---|---|
| | | |

Company AGREES TO DEADLOCKED ON
1-9-25 Dennis Hawkins

**Management Comment**

1/9/25 [signature] ASCM
Date   Name, Title and Company

---

DUE TO CIRCUMSTANCES OUT OF MY CONTROL MY WIFE AND
DAUGTER ARE NOT COVERD BY MY INSURANCE. I COMPLETED THE
PROCEDURE ON COMPUTER AT WORK

**Settlement requested.**
FOR MY WIFE AND DAUGTER TO BE REINSTATED ON MY
INSURANCE ASAP AND BACK DATED TO 1-1-25

And any other benefits that apply
    I believe that to the best of my knowledge, the above statement is true. I hereby authorize the Union to settle my complaint as they deem proper, and I agree to accept and be bound by the settlement agreed to by the Union, or decided by any grievance Committee authorized by contract to adjudicate disputes or grievances with my employer

Dept. 951    Work Site Goddard    Signed [signature]

---

Date claim given to Co. _____

## STEWARD'S REPORT

Signed Dennis Hawkins



January 17, 2025

Alejandro Prieto
514 S Dexter Ave
Valley Center, KS 67147

Re: Appeal Letter, 2025 Dependent Enrollment

Dear Mr. Prieto,

Thank you for your patience while we, The Kroger Co.'s Appeal Committee, reviewed your written request to enroll your dependents, spouse and child t coverage for the 2025 plan year.

After reviewing the letter and based on our thorough research regarding your enrollment process, we are unable to comply with your request and rule in your favor.

Per web activity, Open Enrollment was completed by selecting self only coverage. Dependents were not selected to be covered for 2025.

These updates and elections were saved and reflected on the 2025 confirmation statement.

The first call to Associate Connect regarding 2025 coverage was completed on 1/3.

We sympathize with your situation. However, we are bound by federal laws that require we administer the Company benefit plan according to the plan rules/regulations. These laws require that we treat all plan participants equally under all circumstances. The Company cannot discriminate and allo one participant to enroll or make changes past the enrollment deadline, when we do not allow all others to do so.

If you would like more information on the decision made regarding your appeal, please contact Associate Connect at 1-877-373-3397.

Sincerely,
The Benefit Appeals Committee

Exhibit B

/2025

To Whom It May Concern:

Re: Alejandro Prieto/AP79272/Person #1487716

Alejandro attended an Open Enrollment meeting which we have in our computer room for our associates. He was doing the responsible thing and made an honest mistake (I guess), we are not sure why his wife and daughter did not get enrolled in his benefits for 2025 but he is an associate that has always enrolled his family in the insurance plan.

Alejandro is a long term employee, he has been with Dillons since 2010. He called the service center when he found out that his family was not covered and the representative made a comment that there were a number of Kroger associates that did not get the coverage desired, so we are thinking that maybe there was a glitch in the system or confusion in adding family members. I am asking that you allow him to add his wife and daughter that have been covered on his plan in past years.

Thank you for your consideration in this matter.

Teresa Walstad

Associate Relation Manager

Dillons Distribution Center

Div. 436/ Loc. 951

Exhibit B

USOnlinePayslip.pdf

| Period | 02/09/25 - 02/15/25 |
|---|---|
| Payment Date | 02/20/25 |
| Payroll | Weekly Sun-Sat |
| Pay Frequency | Weekly |
| Hourly Rate | 28.2300 USD |

| Exemptions | Additional Amount |
|---|---|
| 10 | 0.00 USD |
| 3 | 0.00 USD |

| uctions | Tax Deductions | After Tax Deduction | Net Pay |
|---|---|---|---|
| 25.23 | 116.08 | 33.63 | 978.40 |
| 201.84 | 1469.69 | 252.29 | 9626.05 |

**Pretax Deductions**

| rnings YTD | Name | Current | YTD |
|---|---|---|---|
| 7,410.94 | Dental Insurance | 3.00 | 24.00 |
| 1,152.94 | Health Insurance | 21.00 | 168.00 |
| | Vision Insurance | 1.23 | 9.84 |
| 576.47 | Total | 25.23 | 201.84 |

**Tax Deductions**

| | Name | Current | YTD |
|---|---|---|---|
| 226.40 | FIT Withheld | 0.00 | 240.74 |
| 226.40 | Social Security Employee Withheld | 69.94 | 703.58 |
| | Medicare Employee Withheld | 16.36 | 164.55 |
| 225.84 | SIT Withheld (KS) | 29.78 | 360.82 |
| 677.52 | Total | 116.08 | 1,469.69 |
| 451.68 | | | |

**After Tax(AT) Deductions**

| | Name | Current | YTD |
|---|---|---|---|
| 451.68 | | | |
| 150.00 | Voluntary Life Insurance Taxable | 9.35 | 74.80 |
| 11,549.87 | KRCB LTD | 4.11 | 32.88 |
| | Dep Life Spouse | 1.14 | 9.12 |
| | Dep Life Child | 0.28 | 2.24 |
| | Union Dues | 18.75 | 133.25 |
| | Total | 33.63 | 252.29 |

| Account Type | Payment Reference | Payment Amount |
|---|---|---|
| CHECKING | 38562585104 | 978.40 USD |

Exhibit B