# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 795, | ) |
| Plaintiff, | ) ) ) |
| v. | )   Case No. 6:25-cv-01074 |
| THE KROGER CO., | ) ) ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO DISMISS COMPLAINT

COMES NOW Defendant The Kroger Co. ("Kroger" or the "Company"), by and through its undersigned counsel, and pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), respectfully moves the Court for an Order dismissing the Complaint[1] filed by Plaintiff, the International Brotherhood of Teamsters Local Union No. 795 (the "Union"). In accordance with D. Kan. Rule 7.1(a) and this Court's June 6, 2025, Order (Dkt. 11), Kroger respectfully refers the Court to the Company's supporting Memorandum of Law, filed contemporaneously herewith.

Dated: June 11, 2025

Respectfully submitted,

**THE KROGER CO., Defendant**

By: /s/ *Kathryn T. Alsobrook*
One of Its Attorneys

Kathryn Thomas Alsobrook (KS # 26171)
Dysart Taylor McMonigle Brumitt & Wilcox, PC
700 West 47th Street, Suite 410
Kansas City, Missouri 64112
(816) 931-2700
kalsobrook@dysarttaylor.com

*with*

---

[1] Plaintiff captioned its initial filing as a "Pleading" (*see,* Dkt. 1), which Kroger understands to be Plaintiff's "Complaint" under FED. R. CIV. P. 7(a).

Christopher S. Griesmeyer (IL # 6269851, Pro Hac Vice)
Greiman, Rome & Griesmeyer, LLC
205 West Randolph Street, Suite 2300
Chicago, Illinois 60606
(312) 428-2750
cgriesmeyer@grglegal.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 11, 2025, a copy of the foregoing **Motion to Dismiss Complaint** was electronically filed with the Court and served via the Court's CM/ECF system to Plaintiff's counsel of record at the following address:

Michael E. Amash, No. 22998
Cayla M. Rodney, No. 29030
Blake & Uhlig, PA
6803 West 64th Street, Suite 300
Overland Park, Kansas
(913) 321-8884
mea@blake-uhlig.com
cmr@blake-uhlig.com

 /s/   Kathryn T. Alsobrook
Kathryn Thomas Alsobrook (KS # 26171)
Dysart Taylor McMonigle Brumitt & Wilcox, PC
700 West 47th Street, Suite 410
Kansas City, Missouri 64112
(816) 931-2700
kalsobrook@dysarttaylor.com

Counsel for Defendant, The Kroger Co.